**RECEIVED**
MAR 19 2009
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

THOMAS J. PETTERS

**Government's Exhibit LIST**

Criminal No. 08-364(RHK/AJB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Arthur J. Boylan | John R. Marti, AUSA | Jon Hopeman, Esq.<br>Paul Engh, Esq. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| March 18, 2009 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 1 | | 3/18/09 | | ✓ | Media Articles, September 25, 2008 through March 13, 2009 |
| 2 | | | | ✓ | Defendant's Press Releases |
| 3 | | | | ✓ | Government Press Releases |
| 4 | | | | ✓ | Indictment, United States v. Thomas J. Petters, et al. |
| 5 | | | | ✓ | Affidavit of Special Agent T.J. Bisswurm, FBI, dated September 19, 2008 |
| 6 | | | | ✓ | Affidavit of Steven Wolter, dated March 11, 2009 |
| 7 | | | | ✓ | Criminal Complaint, Case No. 08-MJ-364(FLN) (Oct. 2, 2008) |
| 8 | | | | ✓ | Search Warrant, 655 Bushaway Road, Wayzata, MN |
| 9 | | | | ✓ | Return of Search Warrant, 655 Bushaway Road, Wayzata, MN |
| 10 | | | | ✓ | Search Warrant, 4400 Baker Road, Minnetonka, MN |
| 11 | | | | ✓ | Return of Search Warrant, 4400 Baker Road, Minnetonka, MN |
| 12 | | | | ✓ | "Taint" Return of Search Warrant, 4400 Baker Road, Minnetonka, MN |
| 13 | | | | ✓ | Rooms at Search Warrant Site, 4400 Baker Road, Minnetonka, MN |
| 14 | | | | ✓ | Floor Plans, 4400 Baker Road, Minnetonka, MN |
| 15 | | | | ✓ | Photographs, 4400 Baker Road, Minnetonka, MN |
| 16 | | | | ✓ | PGW Records Retention Policy |
| 17 | | | | ✓ | Subpoenas issued to PGW and PCI |
| 18 | | | | ✓ | Articles of Incorporation for PCI and Limited Liability Agreement for PGW |
| 19 | | | | ✓ | Organizational charts, PCI and Thomas Petters/PGW |

SCANNED
MAR 19 2009
U.S. DISTRICT COURT ST. PAUL

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF Exhibits |
|---|---|---|---|---|---|
| 20 | | 3/18/09 | | ✓ | Photographs, Bellagio Hotel, Las Vegas, Nevada |
| 21 | | | | ✓ | Recording and Transcript of Thomas Petters/Tracy Mixon on November 18, 2009 |
| 22 | | | | ✓ | Recording and Transcript of Robert White/Thomas Petters on October 1, 2008 |
| 23 | | | | ✓ | Order of District Court Judge Michael J. Davis (Document 76), filed 11/3/2008 |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | 3/18/09 | | ✓ | Photographs, Bellagio Hotel, Las Vegas, Nevada |