# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                    Plaintiff,

                                    Crim. No. 08-364 (RHK/AJB)
                                    **ORDER**

v.

Thomas Joseph Petters (1)*,*

                    Defendant.

      This matter is before the Court on Defendant's Objections (Doc. No. 188) to Magistrate Judge Arthur J. Boylan's April 28, 2009 Report and Recommendation (Doc. No. 185), in which Judge Boylan recommends disposition of various pre-trial Motions filed by Defendant. Pursuant to 28 U.S.C. § 636(b), the Court has conducted *de novo* review of the objected-to portions of the Report and Recommendation and concludes that Judge Boylan's recommended dispositions are fully supported by the factual record and controlling legal principles. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

      1.     Defendant's Objections to the Report and Recommendation (Doc. No. 188) are **OVERRULED**;

      2.     The Report and Recommendation (Doc. No. 185) is **ADOPTED** in its entirety;

      3.     Defendant's Motion to Suppress (4400 Baker Road) (Doc. No. 125) is

**GRANTED IN PART** and **DENIED IN PART** as follows: The Motion is **GRANTED** to the extent that Defendant seeks suppression and return of a Ruger firearm, various watches, and $3,101 in United States currency, and in all other respects is **DENIED**;

    4.    Defendant's Motion to Suppress (655 Bushaway Road) (Doc. No. 127) is **DENIED**;

    5.    Defendant's Motion to Suppress for Violation of McDade Act (Doc. No. 129) is **DENIED**; and

    6.    Defendant's Motion to Suppress Statements (Doc. No. 131) is **DENIED**.

Dated: June 11, 2009                                s/Richard H. Kyle
                                                                             RICHARD H. KYLE
                                                                             United States District Judge