**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

                Plaintiff,

                              Crim. No. 08-364 (RHK/AJB)
                              **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

---

      Defendant's Second Motion for Continuance will be heard before the undersigned at 1:30 p.m. on Monday, July 13, 2009, in Courtroom 7A, United States Courthouse, St. Paul, Minnesota.

Dated: July 6, 2009                                                  s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge