AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _Minnesota_

USA

v.

_Thomas Joseph Petters_

## EXHIBIT AND WITNESS LIST

Case Number: 08CR364 RHK/AJB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mag Jud Boylan | John Marti & Joe Dixon | Joth Hopeman & Paul Engh |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Hearing 7/13/09 | Carla Bebault | Paul S. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 7/13/09 | — | — | website printout — Sealed |
| | 2 | 7/13/09 | — | — | website printout — Sealed |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

SCANNED
JUL 13 2009
U.S. DISTRICT COURT ST. PAUL