
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-364 (RHK/AJB)

**REDACTED**

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
(1) THOMAS JOSEPH PETTERS, )
)
        Defendant. )

## DECLARATION OF SPECIAL AGENT BRIAN KINNEY

I, Brian Kinney, declare that the following is true and correct to the best of my knowledge and belief:

1. I am a special agent of the Federal Bureau of Investigation (FBI). I have been working on the Petters investigation since its inception.

2. On September 24, 2008, I coordinated multiple search warrants that were executed in Minnesota, Las Vegas, and California.

3. As part of these efforts, FBI agents executed a search warrant at the office of ___                                       and                 in               . Agents seized 12 boxes of records during the search.

4. One of the boxes, now identified as Box 163, contains a              judicial Change of Name Order setting forth       ' legally changed name as well as     ' previous name.

5. By letter dated December 17, 2008, defense counsel requested to inspect documents seized from

6. United States Attorney Office records indicate that these boxes were provided for inspection to a junior member of the Petters Defense Team. Specifically, records reflect that Box 163 was reviewed by the Defense Team on December 30, 2008.       documents have not been inspected by the Defense Team since December 2008.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: July 7, 2009

_____
BRIAN KINNEY