# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                              Crim. No. 08-364 (RHK/AJB)
                              **ORDER**

v.

Thomas Joseph Petters (1),

                Defendant.

---

    This matter is before the Court on (1) Defendant's Appeal from the Orders of Magistrate Judge Boylan dated July 13, 20, and 21, 2009, and (2) Defendant's Motion to Amend the Court's Protective Order of July 16, 2009.[1]  Regarding the appeal, the challenged Orders must be set aside only if they are "clearly erroneous or contrary to law."  28 U.S.C. § 636(b)(1)(A); D. Minn. LR 72.2(a).  Having carefully reviewed the Orders, Defendant's appeal and supporting documents, and the Government's response thereto, the Court determines that the Orders are neither clearly erroneous nor contrary to law.  As concerns the Motion to Amend, the Court has considered Defendant's arguments and the Government's response thereto and concludes that Defendant is not entitled to the requested relief.

    Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

---

[1] Neither the Appeal nor the Motion has yet been filed.

1.      Defendant's Appeal from the Orders of Magistrate Judge Boylan dated July 13, 20, and 21, 2009, is **DENIED**, and those Orders (Doc. Nos. 239, 246, and 254) are **AFFIRMED**;

2.      Defendant's Motion to Amend the Court's Protective Order of July 16, 2009 is **DENIED**; and

3.      The parties are **DIRECTED** to file the Appeal/Motion papers in the public docket in this action, subject to redaction consistent with Magistrate Judge Boylan's Orders.

Dated: September 11, 2009                    s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge