# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

THOMAS JOSEPH PETTERS

**Government's Exhibit List**

Criminal No. 08-364(1)(RHK/AJB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| The Honorable Richard H. Kyle | John Marti, AUSA<br>Joe Dixon, AUSA<br>Tim Rank, AUSA | Paul Engh<br>Jon Hopeman<br>Eric Riensche |
| **TRIAL DATE(S)**<br>October 26, 2009 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Petters Company, Inc. Diagram |
| 2 | | | | | Ponzi Scheme Diagram |
| 3 | | | | | Actual Flow of Funds/Purported Flow of Funds Diagram |
| 4 | | | | | Petters Company/Petters Group Corporate Organization Chart |
| 5 | | 11/6 | ✓ | ✓ | PCI Deposit Summary Chart — obj - Rule 403 - overruled |
| 6 | | 11/6 | ✓ | ✓ | PCI Withdrawal Summary Chart – obj – Rule 403 - overruled |
| 7 | | 11/6 | ✓ | ✓ | PCI Net Payments to Petters and Companies Summary Chart - obj - Rule 403 overruled |
| 8 | | | | | Timeline |
| 9 | | 11/2 | ✓ | ✓ | Audio Recording (9/8/08 8:45pm, 5:24) — no obj. |
| 9A | | | | | Transcript of Audio Recording |
| 10 | | 11/3 | ✓ | ✓ | Audio Recording (9/22/08 11:03am, 28:29) — no obj. |
| 10A | | | | | Transcript of Audio Recording |
| 11 | | 11/3 | ✓ | ✓ | Audio Recording (9/22/08 12:23pm, 29:12) — no obj. |
| 11A | | | | | Transcript of Audio Recording |
| 12 | | 11/3 | ✓ | ✓ | Audio Recording (9/24/08 Tracks 2-4, 33:40) — no obj. |
| 12A | | | | | Transcript of Audio Recording |

SCANNED

NOV 2 4 2009

U.S. DISTRICT COURT ST. PAUL

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 13 | | 10/29 | ✓ | ✓ | Letter to Scott Haggbloom/Costco from Thomas Petters (10/24/00) — no obj. |
| 14 | | 10/30 | ✓ | ✓ | Email from Petters to Munson (4/1/06) — no obj. |
| 15A | | 11/16 | ✓ | ✓ | Count 16 Summary Chart — no obj. |
| 15B | | 11/16 | ✓ | ✓ | Count 17 Summary Chart — no obj. |
| 15C | | 11/16 | ✓ | ✓ | Count 18 Summary Chart — no obj. |
| 15D | | 11/16 | ✓ | ✓ | Count 19 Summary Chart — no obj. |
| 15E | | 11/16 | ✓ | ✓ | Count 20 Summary Chart — no obj. |
| | | | | | |
| | | | | | **Petters Company, Inc.** |
| 16 | | | | | Certificate of Incorporation (4/28/94) |
| 17 | | 11/2 | ✓ | ✓ | Written Action in Lieu of Meeting of First Board of Directors of Petters Company, Inc. (4/28/94) — no obj. |
| 18 | | 11/2 | ✓ | ✓ | Written Action in Lieu of Meeting of Board of Directors for Petters Company, Inc. (10/11/02) — no obj. |
| 19 | | | | | Joint Written Action of the Board of Directors and Sole Shareholder of Petters Company, Inc. (2/28/05) |
| 20 | | | | | Record of Action of the Sole of Director of Petters Company, Inc. (3/15/05) |
| 21 | | | | | Amended and Restated Articles of Incorporation of Petters Company, Inc. (7/10/08) |
| 22 | | | | | Statement and Indemnification Agreement in Connection with Lost Certificate, with Stock Certificate No. 2 (7/10/08) |
| 23 | | 11/2 | ✓ | ✓ | PCI Financial Statements 1995-1997 — no obj. |
| 24 | | | | | GE Capital/Jacobs File |
| 25 | | 10/30 | ✓ | ✓ | Letter to Tom from Deanna Munson (10/27/04) — no obj. |
| 26 | | 11/6 | ✓ | ✓ | PCI Check Nos. 5005 and 5006, payable to Data Sales (10/31/96) — no obj. |
| 27 | | | | | *Recovered Company Emails* |
| 27A | | 10/30 | ✓ | ✓ | Recovered Petters/Coleman Emails (12/5/02-7/24/08) — no obj. |
| 27B | | 11/5 | ✓ | ✓ | Recovered Petters/Coleman/White Emails (2/17/03-9/23/08) — no obj. |
| 27C | | 11/5 | ✓ | ✓ | Recovered Petters/White Emails (12/6/02-9/20/08) — no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 27D | | 11/5 | ✓ | ✓ | Recovered Coleman/White Emails (12/12/03-9/19/08) - no obj. |
| 27E | | 10/30 | ✓ | ✓ | Recovered Petters/Reynolds Emails (11/18/02-6/25/08) - no obj (p. 93) |
| 27F | | 11/9 | ✓ | ✓ | Recovered Petters/Reynolds/Coleman Emails (1/26/07-9/23/08) - no obj. |
| 27G | | 11/9 | ✓ | ✓ | Recovered Coleman/Reynolds Emails (4/19/07-9/22/08) - no obj. |
| 27H | | 11/10 | ✓ | ✓ | Recovered Petters/Colemen/White/Wehmhoff Emails (5/19/04-9/15/08) - no obj. |
| 27I | | 11/12 | ✓ | ✓ | Recovered Petters/Catain Email (3/24/03-11/26/04) - no obj. |
| 27J | | | | | Recovered Coleman/Catain Email (4/17/07-9/3/08) |
| 27K | | 11/5 | ✓ | ✓ | Email from Pollard to Tesar/White (3/10/05) - no obj |
| 27L | | 11/3 | ✓ | ✓ | Email from Munson to Petters (4/19/06) - no obj. |
| 27M | | 11/6 | ✓ | ✓ | Email from Pollard to Wemhoff (5/16/06) - no obj. |
| 27N | | | | | Email from Munson to Petters (12/18/06) |
| 27O | | 11/5 | ✓ | ✓ | Email from Ackerman to White with 2006 PCI Financials (6/12/07) - no obj. |
| 27P | | 11/2 | ✓ | ✓ | Email from Hamm to Petters (12/17/07) - no obj. |
| 27Q | | 11/5 | ✓ | ✓ | Email from Lindstrom to White, Coleman and Petters (6/12/08) - no obj. |
| 27R | | 11/2 | ✓ | ✓ | Email from Coleman to Christensen with 2007 PCI Financials (7/18/08) - no obj. |
| 27S | | 11/10 | ✓ | ✓ | Email from Wehmhoff to Wappler with June 2008 PCI Financials (9/9/08) - no obj. |
| 27T | | 11/2 | ✓ | ✓ | Email from Vennes to Petters re: Auditor's Report (6/11/08) no obj. |
| 27U | | 11/4 | ✓ | ✓ | Email from Petters to Margolis re: Typos (11/15/05) - no obj. |
| 27V | | 10/30 | ✓ | ✓ | Email from Munson to White (4/10/06) - no obj. |
| 27X | | | | | Recovered Petters/Bell Email (12/21/02-9/23/08) |
| 27Y | | 10/29 | ✓ | ✓ | Email from Petters to Baer/Hulsey/Munson/Sullivan (3/22/07) no obj. |
| 27Z | | 11/1 | ✓ | ✓ | Email from Petters to White/Munson (5/16/06) - no obj. |
| 28 | | 11/5 | ✓ | ✓ | $1,000,000 PCI Check No. 3204 payable to Bob White (12/28/07) no obj. |
| 29 | | | | | Mandel v. Petters Complaint (2/24/94) |
| 30 | | 11/6 | ✓ | ✓ | Fax to Reynolds from Petters/Debbie re: Diverting - no obj. |
| 31 | | | | | Munson Application for Employment |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 32 | | 11/3 | ✓ | ✓ | Petters Note Re: Bonus - no obj. |
| 33 | | | | | DZ Bank Meeting Agenda (3/19/03) |
| 34 | | 11/3 | ✓ | ✓ | Investor List with Amounts Owed   - no obj. |
| 35 | | 11/6 | ✓ | ✓ | 44 Boxes containing PCI Promissory Notes - no obj. |
| 36 | | 11/10 | ✓ | ✓ | 2000 PCI Tax Return - obj based on "past pleadings" - overruled |
| 37 | | 11/10 | ✓ | ✓ | 2001 PCI Tax Return   " |
| 38 | | 11/10 | ✓ | ✓ | 2002 PCI Tax Return   " |
| 39 | | 11/16 | ✓ | ✓ | Certifications of Lack of Record for Petters Company, Inc. for tax years 2003-2007   - no obj. |
| 40 | | 11/16 | ✓ | | PCI Amended Voluntary Bankruptcy Petition (10/14/08) - obj - relevance .. sustained |
| 41 | | 11/5 | ✓ | ✓ | Purported Sam's Club Letter to Petters (6/13/08) - no obj |
| 42 | | 11/5 | ✓ | ✓ | Inter-Department Delivery Envelope with Purported BJs Letter to Petters (6/23/08) - no obj. |
| 43 | | 11/5 | ✓ | ✓ | Folder Bell Letters from Retailers (2008) - no obj. |
| 44 | | 11/5 | ✓ | ✓ | Bob White white envelope - no obj. |
| 45 | | 11/4 | ✓ | ✓ | Email from Petters to Munson/Gonsior/Bell (8/17/06) - no obj. |
| 46 | | 11/6 | ✓ | ✓ | $4,930,000 Promissory Note (5/30/96) - no obj. |
| 47 | | | | | Sam's Club Purchase Orders (July 1996) |
| 48 | | 11/2 | ✓ | ✓ | 9/26/08 email thread w/ G. Colburn - no obj. |
| 49 | | 11/5 | ✓ | ✓ | 10/31/05 agreement re White's employment at PCI - no obj. |
| 50 | | | | | Minnesota Business + Opportunities Cover 6/99 |
| 51 | | 11/2 | ✓ | ✓ | Bill of sale for CL inventory 10/27/00 - no obj. |
| 52 | | 11/12 | ✓ | ✓ | Letter from Gina Shrader(?) at Universal Capital - no obj. |
| 53 | | | | | |
| 54 | | | | | |
| 55 | | | | | |
| 56 | | | | | |
| 57 | | | | | |
| 58 | | | | | |
| 59 | | | | | |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 60 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Petters Group Worldwide, LLC.** |
| 61 | | | | | Written Action of the Board of Governors of Petters Group Worldwide, LLC (3/10/05) |
| 62 | | | | | Written Action of the Sole Governor of Petters Group Worldwide, LLC (10/31/05) |
| 63 | | 11/16 | ✓ | | PGW Amended Voluntary Bankruptcy Petition (10/14/08) *- obj - relevance - sustained* |
| 64A | | 11/6 | ✓ | ✓ | Photo of 4400 Baker Road *- no obj* |
| 64B | | 11/6 | ✓ | ✓ | Photo of 4400 Baker Road *- no obj* |
| 65 | | 11/6 | ✓ | ✓ | 4400 Baker Road Floor Diagram *- no obj* |
| 66A | | 11/4 | ✓ | ✓ | Petters Group Magazine, Winter 2006 *- no obj.* |
| 66B | | 11/4 | ✓ | ✓ | Petters Group Magazine, Summer 2006 *- no obj.* |
| 66C | | 11/4 | ✓ | ✓ | Petters Group Magazine, Summer 2007 *- no obj.* |
| 66D | | 11/4 | ✓ | ✓ | Petters Group Magazine, Fall 2007 *- no obj* |
| 66E | | 11/4 | ✓ | ✓ | Petters Group Magazine, Winter 2008 *- no obj.* |
| 66F | | 11/4 | ✓ | ✓ | Petters Group Magazine, Summer 2008 *- no obj* |
| 67 | | 11/13 | ✓ | ✓ | Polaroid Purchase Summary *- no obj.* |
| 67A | | 11/13 | ✓ | ✓ | Bank Record Analysis (12/23-30/04) *- no obj* |
| 67B | | 11/13 | ✓ | ✓ | Bank Record Analysis (1/5-7/05) *- no obj* |
| 67C | | 11/13 | ✓ | ✓ | Bank Record Analysis (4/22-25/05) *- no obj* |
| 67D | | 11/13 | ✓ | ✓ | Wells Fargo Escrow Account Records *- no obj* |
| 67E | | 11/13 | ✓ | ✓ | Polaroid Purchase Timeline *- no obj* |
| 68 | | 11/3 | ✓ | ✓ | Email from Petters to Munson (10/6/04) *- no obj.* |
| 69 | | | | | Polaroid Closing Funding Roadmap (4/26/05) |
| 70 | | 11/6 | ✓ | ✓ | Spectrum Countermeasures Report (12/10/03) *- no obj.* |
| 71 | | 11/6 | ✓ | ✓ | Technical Surveillance Countermeasures Survey (4/30/04) *- no obj.* |
| 72 | | | | | Email from Wemhoff to Romenesko with financials (10/29/04) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 73 | | 11/6 | ✓ | ✓ | PGW and Affiliates 2003 Financials – no obj. |
| 74 | | 11/6 | ✓ | ✓ | PGW and Affiliates 2004 Financials – no obj. |
| 75 | | 11/6 | ✓ | ✓ | PGW and Affiliates 2007 Financials – no obj. |
| 76 | | | | | |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| | | | | | |
| | | | | | **Thomas Petters Personal Tax Returns** |
| 80 | | 11/10 | ✓ | ✓ | Thomas J. Petters 2001 Tax Return – no obj |
| 81 | | 11/10 | ✓ | ✓ | Thomas J. Petters 2002 Tax Return – no obj |
| 82 | | 11/5 | ✓ | ✓ | Thomas J. Petters 2003 Tax Return – no obj. |
| 83 | | 11/10 | ✓ | ✓ | Thomas J. Petters 2004 Tax Return – no obj |
| 84 | | 11/10 | ✓ | ✓ | Thomas J. Petters 2005 Tax Return – no obj. |
| 85 | | 11/16 | ✓ | ✓ | Certification of Lack of Record for Thomas J. Petters 2006 Tax Return – no obj. |
| 86 | | | | | |
| 87 | | | | | |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| 91 | | | | | |
| | | | | | |
| | | | | | **BANK RECORDS** |
| | | | | | |
| | | | | | *PCI M&I Account #xxxx018* |
| 92 | | 11/2 | ✓ | ✓ | Business Account Application (4/11/01) – no obj. |
| 93 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. M&I #xxxx018 Schedule of Account Activity – no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 94 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. M&I #xxxx018 Summary by Year  — no obj. |
| 95 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. M&I #xxxx018 Summary of Account Activity, total  — no obj. |
| 96 | | 11/16 | ✓ | ✓ | Bank Records (1/03 - 9/30/08)  — no obj. |
| | | | | | |
| | | | | | **PCI Crown Bank Account #xxxx227** |
| 97 | | | | | Corporate Authority Resolution (1/18/01) |
| 98 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. Crown #xxxx227 Schedule of Account Activity  — no obj. |
| 99 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. Crown #xxxx227 Summary of Account Activity by Year  — no obj. |
| 100 | | 11/16 | ✓ | ✓ | 2003-2008 Petters Company Inc. Crown #xxxx227 Summary of Account Activity, total  — no obj. |
| 101 | | 11/16 | ✓ | ✓ | Bank Records (1/03 - 8/29/08) — no obj. |
| 101A | | 11/3 | ✓ | ✓ | PCI December 2006 Year End Checks  — no obj. |
| 101B | | 11/3 | ✓ | ✓ | PCI December 2007 Year End Checks  — no obj. |
| | | | | | |
| | | | | | **PGW Crown Bank Account #xxxx074** |
| 102 | | 11/16 | ✓ | ✓ | Bank Records (1/03 - 9/30/08)  — no obj. |
| | | | | | |
| | | | | | **Thomas Petters Crown Bank Account #xxxx089** |
| 103 | | 11/16 | ✓ | ✓ | 2003-2008 TJP Crown Bank #xxxx089  — no obj. Schedule of Account Activity |
| 104 | | 11/16 | ✓ | ✓ | 2003-2008 TJP Crown Bank #xxxx089  — no obj. Summary of Account Activity by Year |
| 105 | | 11/16 | ✓ | ✓ | 2003-2008 TJP Crown Bank #xxxx089  — no obj. Summary of Account Activity, total |
| 106A | | 11/16 | ✓ | ✓ | Bank Records (12/25/02 - 9/25/08)  — no obj. |
| 106B | | | | | Provided Petters 2002 Tax Return |
| 106C | | | | | Crown Bank Loan Package (5/5/05) |
| | | | | | |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | ***N.I.R. First Regional Bank Account #xxxxx6939*** |
| 107 | | 11/16 | ✓ | ✓ | Nationwide International Resources Inc. First Regional Bank #xxxxx6939 Schedule of Account Activity — no obj. |
| 108 | | 11/16 | ✓ | ✓ | Nationwide International Resources Inc. First Regional Bank #xxxxx6939 Summary of Account Activity by Year — no obj. |
| 109 | | 11/16 | ✓ | ✓ | Nationwide International Resources Inc. First Regional Bank #xxxxx6939 Summary of Account Activity, total — no obj. |
| 110 | | 11/16 | ✓ | ✓ | Bank Records (1/03 - 8/29/08) — no obj. |
| | | | | | ***Enchanted Family Buying Company Anchor Bank Account #xxxx170*** |
| 111 | | 11/16 | ✓ | ✓ | Enchanted Family Buying Company Anchor Bank #xxxx170 Schedule of Account Activity — no obj. |
| 112 | | 11/16 | ✓ | ✓ | Enchanted Family Buying Company Anchor Bank #xxxx170 Summary of Account Activity by Year — no obj. |
| 113 | | 11/16 | ✓ | ✓ | Enchanted Family Buying Company Anchor Bank #xxxx170 Summary of Account Activity, total — no obj. |
| 114 | | 11/16 | ✓ | ✓ | Bank Records (1/17/03 - 8/20/08) — no obj. |
| | | | | | ***Thomas J. Petters Northern Trust Bank Account #xxxxxx4886*** |
| 115 | | 11/16 | ✓ | ✓ | Bank Records (12/04 - 9/08) — no obj. |
| | | | | | ***Thomas J. Petters Northern Trust Bank Account #xxxxxx6561*** |
| 116 | | 11/5 | ✓ | ✓ | Provided Petters 2003 Tax Return — no obj. |
| 117 | | 11/16 | ✓ | ✓ | Bank Records (5/05 - 8/08) — no obj. |
| | | | | | ***ONKA Funding Colorado State Bank Account #xxxx0664*** |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 118 | | 11/4 | ✓ | ✓ | ONKA Colorado State Bank #xxxx0664 2003-2007Schedule of Account Activity — no obj. |
| 119 | | | | | ONKA Colorado State Bank #xxxx0664 2003-2007 Summary of Account Activity by Year |
| 120 | | 11/4 | ✓ | ✓ | ONKA Colorado State Bank #xxxx0664 2003-2007 Summary of Account Activity, total — no obj. |
| 121 | | 11/16 | ✓ | ✓ | Bank Records (5/03 - 1/07) — no obj. |
| | | | | | |
| | | | | | ***ONKA Funding Citywide Banks of Aurora #xxxxx8606*** |
| 122 | | | | | ONKA Citywide Banks of Aurora #xxxxx8606 2003-2007 Schedule of Account Activity |
| 123 | | | | | ONKA Citywide Banks of Aurora #xxxxx8606 2003-2007 Summary of Account Activity by Year |
| 124 | | 11/16 | ✓ | ✓ | ONKA Citywide Banks of Aurora #xxxxx8606 2003-2007 Summary of Account Activity, total — no obj. |
| 125 | | 11/16 | ✓ | ✓ | Bank Records (6/03 - 4/05) — no obj. |
| | | | | | |
| | | | | | **INVESTOR DOCUMENTS/RECORDS** |
| | | | | | |
| | | | | | **Dean Vlahos** |
| 126 | | 11/16 | ✓ | ✓ | Dean Vlahos $10,000,000 Investment — no obj. Petters Company Inc. M&I Account #xxxx018 and Petters Group Worldwide Crown Bank Account #xxxx074 Schedule of Bank Activity (1/28/08 - 1/31/08) |
| 127 | | 11/16 | ✓ | ✓ | Dean Vlahos $10,000,000 Investment — no obj. Petters Company Inc. M&I Account #xxxx018 and Petters Group Worldwide Crown Bank Account #xxxx074 Summary of Bank Activity (1/28/08-1/31/08) |
| 128 | | 11/4 | ✓ | ✓ | Email from Kevin McShane re: Dean Vlahos (1/23/08 7:55 p.m.) |
| 129 | | 11/4 | ✓ | ✓ | Email from Petters to Vlahos (1/28/08) — no obj. |
| 130 | | 11/4 | ✓ | ✓ | $6,000,000 Promissory Note  from PGW to Dean Vlahos (1/28/08) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 131 | | 11/4 | ✓ | ✓ | Pledge Agreement from PGW to Dean Vlahos (1/28/08) - no obj; |
| 132 | | 11/4 | ✓ | ✓ | Mortgage for 3680 Northome Road, Deephaven, MN (1/28/08) -no obj; |
| 133 | | 11/4 | ✓ | ✓ | Guaranty Agreement by Petters (1/28/08)- no obj; |
| 134 | | 11/4 | ✓ | ✓ | Collateral Receipt (1/28/08) - no obj; |
| 135 | | 11/4 | ✓ | ✓ | $6,000,000 Promissory Note from Vlahos to HFSB  (1/28/08) -no obj; |
| 136 | | 11/4 | ✓ | ✓ | Home Federal Savings Bank Commercial Loan Committee Minutes (8/21/08) - no obj. |
| 137 | | 11/4 | ✓ | ✓ | Amended and Restated $6,000,000 Promissory Note from PGW to Dean Vlahos (with security agreement) (8/28/08) -no obj; |
| 138 | | 11/4 | ✓ | ✓ | $4,000,000 Business Loan Agreement between Dean Vlahos and Signature Bank (1/29/08) -no obj; |
| 139 | | 11/4 | ✓ | ✓ | Commercial Guaranty (by Petters) (1/29/08) -no obj; |
| 140 | | 11/4 | ✓ | ✓ | FedEx Tracking Record (1/29/08) - no obj; |
| 141 | | 11/4 | ✓ | ✓ | Email from Dorsey to Ferraro re: Dean Vlahos/Signature Bank (1/28/08, 3:40 p.m.) -no obj; |
| 142 | | 11/4 | ✓ | | Kenneth Brooks' Notes re: Dean Vlahos loan - obj - hearsay whn hearsay |
| 143 | | 11/5 | ✓ | ✓ | Email from Petters to Vlahos re: Palm (7/8/08) -no obj; |
| 144 | | | | | Email from Vlahos to Petters re: Dino (7/30/08) |
| 145 | | 11/4 | ✓ | ✗ | Email from Vlahos to Petters re: Loan/repayment (8/1/08) -obj - hearsay whn hearsay - sustained |
| 146 | | 11/4 | ✓ | ✓ | Email from Brooks to Petters re: Vlahos/Petters loan (8/2/08) -no obj; |
| 147 | | | | | Email from Vlahos to Petters re: Palm (8/14/08) |
| 148 | | | | | Email from Vlahos to Petters re: Palm (8/15/08) |
| 149 | | 11/5 | ✓ | ✓ | Email from Vlahos to Petters re: Palm (8/21/08, 11:18 p.m.) -no obj; |
| 150 | | 11/4 | ✓ | ✓ | Email from Vlahos to Petters re: Loan renewal (8/21/08, 4:58 p.m.) -no obj. |
| 151 | | | | | Email from Vlahos to Petters re: Dean (9/19/08, 6:29 a.m.) |
| 152 | | | | | Email from Vlahos to Petters re: How's my buddy? (9/19/08, 10:23 a.m.) |
| 153 | | 11/4 | ✓ | ✓ | Email from Petters to Hay and Vlahos re: Vlahos/Petters (9/23/08) -no obj; |
| 154 | | 11/5 | ✓ | ✓ | Photo of Vlahos and Petters - no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 155 | | 11/16 | ✓ | ✓ | Email from Petters to Wehmhoff/Coleman/Laumann re: Urgent Sca needs less!!! (1/30/08)  — no obj. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Interlachen Harriet** |
| 156 | | 11/13 | ✓ | ✓ | Interlachen Harriet $60,000,000 Investment Petters Company Inc. M&I Account #xxxx018 — no obj. Schedule of PCI Bank Activity (4/18/08-4/23/08) |
| 157 | | 11/13 | ✓ | ✓ | Interlachen Harriet $60,000,000 Investment Petters Company Inc. M&I Account #xxxx018 — no obj. Summary of PCI Bank Activity for (4/18/08-4/23/08) |
| 158 | | 10/30 | ✓ | ✓ | Note Package by Petters and PCI (4/18/08) — no obj. |
| 159 | | 11/2 | ✓ | ✓ | Email from Coleman to Petters (4/17/08, 7:55 a.m.) — no obj. |
| 160 | | 11/2 | ✓ | ✓ | Email from Coleman to Petters and Reynolds, with Purchase Orders (4/17/08, 2:16 p.m.) — no obj. |
| 161 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman and Reynolds (4/17/08, 4:48 p.m.) — no obj. |
| 162 | | 11/2 | ✓ | ✓ | Email from Coleman to Petters and Reynolds, with revised Purchase Orders (4/18/08, 9:24 a.m.) — no obj. |
| 163 | | 10/30 | ✓ | ✓ | Email from Baer to Colburn and Breiland, with Purchase Orders (4/18/08, 8:58 a.m.) — no obj. |
| 164 | | 10/30 | ✓ | ✓ | Email from Baer to Colburn and Breiland with wire confirmation (4/18/08, 12:52 p.m.) — no obj. |
| 165 | | 11/9 | ✓ | ✓ | Email from Reynolds to Petters (5/20/08) — no obj. |
| 166 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman re: auditors report (6/11/08) — no obj. |
| 167 | | 10/30 | ✓ | ✓ | Email from Colburn to Petters and Coleman re: Diverting Deal (9/9/08) — no obj. |
| 168 | | 10/30 | ✓ | ✓ | Email from Colburn to Petters, Coleman, Reynolds, Baer and Jeffries re: Next Steps (9/24/08) — no obj. |
| 169 | | 10/30 | ✓ | ✓ | Email from Colburn to Petters, Baer and Coleman re: Update (9/25/08) — no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 170 | | 10/30 | ✓ | ✓ | Voicemail from Petters (9/26/08) – no obj. |
| 170A | | | ✓ | | Transcript of Voicemail from Petters (9/26/08) |
| 171 | | 10/30 | ✓ | ✓ | Letter from PCI to All Lenders of PCI, via FedEx (9/25/08) – no obj. |
| 172 | | 10/30 | ✓ | ✓ | Email from Colburn to Petters, Baer and Coleman re: Thank you for the statement (9/26/08) – no obj. |
| 173 | | 10/30 | ✓ | ✓ | Colburn Notes – no obj. |
| | | | | | |
| | | | | | |
| | | | | | **Theodore Deikel** |
| 174 | | 11/13 | ✓ | ✓ | Theodore Deikel $10,000,000 Investment Petters Company Inc. M&I Account #xxxx018 – no obj. Schedule of Bank Activity (6/3/08 - 6/6/08) |
| 175 | | 11/13 | ✓ | ✓ | Theodore Deikel $10,000,000 Investment Petters Company Inc. M&I Account #xxxx018 – no obj. Summary of Bank Activity (6/3/08 - 6/4/08) |
| 176 | | 11/13 | ✓ | ✓ | Theodore Deikel $10,000,000 Investment – no obj. Petters Group Worldwide Crown Bank Account #xxxx074 Schedule of Bank Activity for (6/3/08 - 6/6/08) |
| 177 | | 11/3 | ✓ | ✓ | Theodore Deikel $10,000,000 Investment – no obj. Petters Group Worldwide Crown Bank Account #xxxx074 Summary of Bank Activity (6/3/08 - 6/4/08) |
| 178 | | | | | Fax from Cavanagh/CalibraX to Deikel, with Terms To A Promissory Note (5/30/08) |
| 179 | | | | | "Immediate Opportunity" Term Sheet (05/08) |
| 180 | | | | | Deikel Notes |
| 181 | | 11/13 | ✓ | ✓ | $10,000,000 Promissory Note from Petters/PCI to Deikel (6/3/08) – no obj. |
| 182 | | 11/2 | ✓ | ✓ | Email from Discala to Petters re: Ted Deikel deal (6/24/08) – no obj. |
| 183 | | | | | Email from Petters to Desai re: For Mr. Petters' Approval (Re-Written for Mr. Deikel) (6/26/08) |
| 184 | | 11/2 | ✓ | ✓ | Email from DiScala to DeAnne Anderson (9/10/08) – no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 185 | | 11/13 | ✓ | ✓ | Thomas J. Petters' check #12297, payable to Theodore Deikel in the amount of $10,171,683.44 (9/11/08) – no obj. |
| 186 | | 11/13 | ✓ | ✓ | Thomas J. Petters' Crown Bank Account #xxxx089 Statement, with deposit and withdrawal items (9/25/08) – no obj. |
| 187 | | | | ✓ | Email from Petters to Nash re: Ted, I tried calling you (9/16/08) |
| 188 | | 11/13 | ✓ | ✓ | Handwritten letter from Petters to Deikel (9/17/08) – no obj. |
| 189 | | 11/13 | ✓ | ✓ | $3,180,000 Promissory Note (11/6/00) – no obj. |
| 190 | | 11/6 | ✓ | ✓ | PCI Wells Fargo Account #xxxx596 Statement (November 2000) – no obj. |
| 190A | | 11/19 | ✓ | ✓ | PCI 11/13/00 wire transfer confirmation – obj - Rule 16 overruled |
| | | | | | **True North** |
| 191 | | 11/13 | ✓ | ✓ | True North Funding and C&C Capital $3,600,000 Investment Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (6/19/08-6/23/08) – no obj. |
| 192 | | 11/13 | ✓ | ✓ | True North Funding and C&C Capital $3,600,000 Investment Petters Company inc. M&I Account #xxxx018 Summary of Bank Activity (6/19/08-6/23/08) – no obj. |
| 193 | | 11/2 | ✓ | ✓ | Email from Coleman to Christensen, with Purchase Orders (6/17/08) – no obj. |
| 194 | | 11/2 | ✓ | ✓ | $3,600,000 Note Package (6/20/08) – no obj. |
| 195 | | | | | |
| | | | | | |
| | | | | | **C&C Capital** |
| 196 | | 11/13 | ✓ | ✓ | C&C Capital $1,500,000 Investment Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (7/17/08-7/25/08) – no obj. |
| 197 | | 11/13 | ✓ | ✓ | C&C Capital $1,500,000 Investment Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (7/17/08-7/25/08) – no obj. |
| 198 | | 11/2 | ✓ | ✓ | $1,500,000 Note Package (7/17/08) – no obj. |
| 199 | | 11/2 | ✓ | ✓ | Email from Christensen to Petters (9/17/08 7:44 a.m.) – no obj. |
| 200 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman/White (7/14/08) – no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | • |
| | | | | | **Apriven** |
| 201 | | | | | Apriven Partners $10,000,000 Investment Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (8/7/08) |
| 202 | | | | | Apriven Partners $10,000,000  Investment Petters Company Inc. M&I Account #xxxx018 Summary of PCI Bank Activity (8/7/08) |
| 203 | | | | | Fax from Lindstrom to Young, with attached $10,000,000 Promissory Note from PCI (8/6/08) |
| 204 | | 11/5 | ✓ | ✓ | PCI Financial Statements  ~ no obj. |
| 205 | | | | | Letter from Hay to Young (5/30/07) |
| 206 | | | | | |
| 207 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Arrowhead Capital Finance** |
| 208 | | 11/13 | ✓ | ✓ | Arrowhead $3,905,000, $4,500,000 and $5,065,000 Investments NIR First Regional Bank #xxxxx6939 and Petters Company Inc. M&I Account #xxxx018  ~ no obj. Schedule of Bank Activity (12/23/04 - 12/27/04) |
| 209 | | 11/13 | ✓ | ✓ | Arrowhead $3,905,000, $4,500,000 and $5,065,000 Investments NIR First Regional Bank #xxxxx6939 and Petters Company Inc. M&I Account #xxxx018  ~ no obj. Summary of Bank Activity (12/23/04 - 12/27/04) |
| 210 | | 11/3 | ✓ | ✓ | Arrowhead Capital Note #3352 Package (12/23/04)  ~ no obj. |
| 211 | | 11/13 | ✓ | ✓ | NIR First Regional Bank Account #xxxxx6939 Statement (12/31/04)  ~ no obj. |
| 212 | | | | | Arrowhead $3,592,000 Investment NIR First Regional Bank #xxxxx6939 and Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (2/8/08 - 2/14/08) |
| 213 | | | | | Arrowhead $3,592,000 Investment NIR First Regional Bank #xxxxx6939 and Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (2/8/08 - 2/14/08) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 214 | | 11/3 | ✓ | ✓ | Arrowhead Capital Note #7076 Package (2/8/08) — no obj |
| 215 | | 11/3 | ✓ | ✓ | $5,121,600 PCI/Metro Gem Inc. Note #3280-5 Package — no obj (10/27/99) |
| 215A | | 10/29 | ✓ | ✓ | National Distributor Purchase Order and Check — no obj [Arrowhead] |
| 216 | | 11/3 | ✓ | ✓ | $3,069,000 PCI/Metro Gem Inc. Note #3379 Package (11/3/99) — no obj |
| 216A | | 11/3 | ✓ | ✓ | National Distributors Purchase Order — no obj |
| 217 | | 11/3 | ✓ | ✓ | $3,273,000 PCI/Metro Gem Inc. Note #3360-5 Package (5/31/00) — no obj |
| 217A | | 10/29 | ✓ | ✓ | National Distributors Purchase Order and Check — no obj |
| 218 | | 11/3 | ✓ | ✓ | $872,000 PCI/Metro Gem Inc. Note #3745 Package (9/30/00) |
| 218A | | 11/3 | ✓ | ✓ | National Distributors Purchase Order |
| 219 | | 11/3 | ✓ | ✓ | $5,140,500 PCI/Metro Gem Inc. Note #3753 Package (10/3/00) |
| 219A | | 11/3 | ✓ | ✓ | National Distributors Purchase Order |
| 220 | | 11/3 | ✓ | ✓ | $2,709,750 PCI/Metro Gem Capital Note #1036 Package (6/13/01) |
| 221 | | 11/3 | ✓ | ✓ | $900,000 PCI/Metro Gem Capital Note #1039 Package (6/19/01) |
| 222 | | 11/3 | ✓ | ✓ | $3,000,000 PCI/Metro Gem Capital Note #1040 Package (7/2/01) |
| 223 | | 11/3 | ✓ | ✓ | $162,000 PCI/Metro Gem Capital Note #1048 Package (9/12/01) |
| 224 | | 11/3 | ✓ | ✓ | $2,660,000 PCI/Metro Gem Capital Note #1051 Package (9/18/01) |
| 225 | | 11/3 | ✓ | ✓ | $1,700,000 Petters I Inc./Metro Gem Capital Note #3011 Package (2/1/02) |
| 226 | | 11/3 | ✓ | ✓ | $2,094,750 Petters I Inc./Metro Gem Capital Note #3019 Package (3/22/02) |
| 227 | | 11/3 | ✓ | ✓ | $4,536,000 MGC Finance/Arrowhead Capital Finance #7004 Note Package (4/30/07) |
| 228 | | 11/3 | ✓ | ✓ | $4,020,000 MGC Finance/Arrowhead Capital Finance #7005 Note Package (4/30/07) |
| | | | | | |
| | | | | | **Ark Discovery** |

— no obj

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 229 | | 11/13 | ✓ | ✓ | Ark Discovery  $2,900,000, $10,000,000 and $9,500,000 Investments<br>Enchanted Family Buying Co. Anchor Bank Account #xxxx170<br>Schedule of Bank Activity (8/4/08-8/5/08)  — no obj. |
| 230 | | 11/13 | ✓ | ✓ | Ark Discovery  $2,900,000, $10,000,000 and $9,500,000 Investments<br>NIR First Regional Bank Account #xxxxx6939  — no obj.<br>Schedule of Bank Activity (8/4/08-8/5/08) |
| 231 | | 11/13 | ✓ | ✓ | Ark Discovery  $2,900,000, $10,000,000 and $9,500,000 Investments<br>Petters Company Inc. M&I Account #xxxx018  — no obj.<br>Schedule of Bank Activity (8/4/08-8/5/08) |
| 232 | | 11/13 | ✓ | ✓ | Ark Discovery  $2,900,000, $10,000,000 and $9,500,000 Investments<br>Summary of Bank Activity (8/4/08-8/5/08)  — no obj. |
| 233 | | 11/2 | ✓ | ✓ | $10,000,000 Loan #25.08.04.08 Package, with attachments (8/4/08)  — no obj. |
| 234 | | 11/2 | ✓ | ✓ | $9,500,000 Loan #26.08.05.08 Package, with attachments (8/5/08)  — no obj. |
| 235 | | 11/13 | ✓ | ✓ | EFBC Anchor Bank Account  #xxxx170 Statement (8/20/08)  — no obj. |
| 236 | | 11/2 | ✓ | ✓ | $3,900,000 Loan #1.10.01.07 Package (10/1/07)  — no obj. |
| 236A | | 10/30 | ✓ | ✓ | National Distributors Purchase Orders  (10/27/07)  — no obj. [AD] |
| 237 | | 11/2 | ✓ | ✓ | $15,000,000 Loan #3.10.17.07 Package (10/17/07)  — no obj. |
| 237A | | 10/30 | ✓ | ✓ | National Distributors Purchase Orders  — no obj. [AD] |
| 238 | | 11/2 | ✓ | ✓ | $4,000,000 Loan #14.05.06.08 Package (5/6/08)  — no obj. |
| 239 | | | | | |
| 240 | | | | | |
| | | | | | |
| | | | | | **Palm Beach** |
| 241 | | 11/13 | ✓ | ✓ | Palm Beach Capital Corp. $3,010,000 Investment<br>NIR First Regional Bank Account #xxxxx6939  — no obj.<br>Schedule of Bank Activity (2/27/06 - 2/28/06) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 242 | | 11/13 | ✓ | ✓ | Palm Beach Capital Corp. $3,010,000 Investment NIR First Regional Bank Account #xxxxx6939  — no obj. Summary of Bank Activity (2/27/06 - 2/28/06) |
| 243 | | 11/3 | ✓ | ✓ | Secured $3,010,000 Promissory Note (2/27/06)  — no obj. |
| 244 | | 11/13 | ✓ | ✓ | NIR First Regional Bank Account #xxxx939 Statement (2/28/06)  — no obj. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | **Fidelis** |
| 245 | | 11/13 | ✓ | ✓ | Fidelis Foundation $4,060,000 Investment Petters Company Inc. M&I Account #xxxx018  — no obj. Schedule of Bank Activity (1/6/05) |
| 246 | | 11/13 | ✓ | ✓ | Fidelis Foundation $4,060,000 Investment Petters Company Inc. M&I Account #xxxx018  — no obj. Summary of Bank Activity (1/6/05) |
| 247 | | | | | Letter from Joseph Smith to Investors (1/6/05) |
| 248 | | 11/3 | ✓ | ✓ | $4,060,000 Promissory Note Package  (1/6/05)  — no obj. |
| 249 | | 11/13 | ✓ | ✓ | PCI M&I Transaction Summary Report (1/6/05)  — no obj. |
| 250 | | | | | |
| | | | | | |
| | | | | | **Lancelot** |
| 251 | | 11/13 | ✓ | ✓ | Lancelot Investment Management $3,100,000 Investment NIR First Regional Bank Account #xxxxx6939  — no obj. Schedule of Bank Activity (6/3/04 - 6/4/04) |
| 252 | | 11/13 | ✓ | ✓ | Lancelot Investment Management $3,100,000 Investment NIR First Regional Bank Account #xxxxx6939  — no obj. Summary of Bank Activity (6/3/04 - 6/4/04) |
| 253 | | 11/2 | ✓ | ✓ | Transaction Folder Thousand Lakes (6/3/04)  — no obj. |
| 253A | | 11/2 | ✓ | ✓ | Facsimile from Coleman to Ackerman (6/3/04)  — no obj. |
| 253B | | 11/2 | ✓ | ✓ | National Distributors Purchase Order  — no obj. |
| 254 | | 11/2 | ✓ | ✓ | PCI Financial Statements 2002-2004  — no obj. |
| 255 | | 11/12 | ✓ | ✓ | Extension Agreement (12/07)  — no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 256 | | 11/12 | ✓ | ✓ | Diagram prepared by Greg Bell – no obj. |
| 257 | | | | | |
| 258 | | | | | |
| 259 | | | | | |
| 260 | | | | | |
| | | | | | |
| | | | | | **Ritchie Capital** |
| 261 | | 11/16 | ✓ | ✓ | Ritchie Special Credit Investments, LTD and Ritchie Capital Management, LTD $31,000,000 Investment Petters Company Inc. M&I Account #xxxx018 – no obj. Schedule of Bank Activity (3/21/08) |
| 262 | | 11/16 | ✓ | ✓ | Ritchie Special Credit Investments, LTD and Ritchie Capital Management, LTD $31,000,000 Investment Petters Company Inc. M&I Account #xxxx018 – no obj. Summary of Bank Activity (3/21/08) |
| 263 | | 11/2 | ✓ | ✓ | Note Purchase Agreement (3/21/08) – no obj. |
| 264 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman re; Good call (3/20/08, 7:48 am) – no obj. |
| 265 | | 11/2 | ✓ | ✓ | Email from Coleman to Petters (3/20/08, 8:43 am) – no obj. |
| 266 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman (3/20/08, 9:24 am) – no obj. |
| 267 | | 11/2 | ✓ | ✓ | Email from Coleman to Petters, Ritchie, Baer (3/20/08, 11:31 am) – no obj. |
| 268 | | | | | Email from Petters to Coleman (6/5/08) |
| 269 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman (6/6/08, 12:51 pm) – no obj. |
| 270 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman (6/6/08, 12:59 pm) – no obj. |
| 271 | | 11/2 | ✓ | ✓ | Email from Petters to Coleman (6/6/08, 1:03 pm) – no obj. |
| | | | | | |
| | | | | | **Burnham** |
| 272 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (5/20/08) – no obj. |
| 273 | | 11/12 | ✓ | ✓ | Email from Petters to Liss (5/29/08) – no obj. |
| 274 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (6/24/08) – no obj. |
| 275 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (7/12/08) – no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 276 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (7/17/08) – no obj |
| 277 | | 11/12 | ✓ | ✓ | Email from Petters to Liss/Coleman (7/18/08) – no obj |
| 278 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (7/24/08) – no obj |
| 279 | | 11/12 | ✓ | ✓ | Email from Petters to Liss (7/27/08) – no obj |
| 280 | | 11/12 | ✓ | ✓ | Email from Liss to Petters (8/8/08) – no obj |
| 281 | | 11/12 | ✓ | ✓ | Email from Adelman to Liss/Petters (8/20/08) – no obj |
| 282 | | 11/12 | ✓ | ✓ | Email from Petters to Coleman/Baer (8/25/08) – no obj. |
| 283 | | 11/12 | ✓ | ✓ | Email from Petters to Adelman/Liss/Coleman (8/26/08) – no obj, |
| 284 | | | | | PCI M&I Bank Account xxxx018 Statement (8/31/08) |
| 285 | | | | | |
| | | | | | |
| | | | | | **Acorn Capital Group LLC** |
| 286 | | | | | $2,801,188.75 PCI/Acorn Loan Package, Nos. 40A, 40B, 40C (11/1/02) |
| 287 | | | | | $3,728,740.75 PCI/Acorn Note Package, Nos. 108A, 108B, 108C, 108D (11/17/03) |
| 288 | | | | | $3,396,111.25 PCI/Acorn Note Package, Nos. 154A, 154B, 154C, 154D (4/26/04) |
| 289 | | | | | $4,335,000 PCI/Acorn Note Package, Nos. 306A, 306B, 306C, 306D, 306E (3/2/05) |
| 290 | | 11/3 | ✓ | ✓ | Email from Petters to Seidenwar/Coleman (8/12/08) – no obj. |
| 291 | | | | | |
| 292 | | | | | |
| | | | | | |
| | | | | | **GE Capital** |
| 293 | | 10/29 | ✓ | ✓ | PCI $50MM Revolving Credit Facility Summary – no obj. |
| 294 | | 10/29 | ✓ | ✓ | Revolving Credit Note (3/26/98), marked as cancelled – no obj. |
| 295 | | 10/29 | ✓ | ✓ | Letter to Bob Pugmire from GE Capital (5/3/00) – no obj. |
| 296 | | | | | Memorandum to Petters from Bob Pugmire re: Ivan Spiers/Nzania (5/8/00) |
| 297 | | | | | Letter to Petters from Mark Woolrich (5/17/00) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 298 | | 10/29 | ✓ | ✓ | Facsimile to Petters from Morrone, with attached letter to Bob Pugmire (10/23/00) ~ no obj. |
| 299 | | 10/29 | ✓ | ✓ | Letter to Scott Haggbloom/Costco from Thomas Petters with handwritten notations (10/24/00) ~ no obj. |
| 300 | | 10/29 | ✓ | ✓ | Voicemail Transcripts ~ no obj. |
| 301 | | 10/29 | ✓ | ✓ | PCI Check Nos. 1635, 1636, 1637, 1638, 1640, 1641, 1642, 1643 payable to GE Capital ~ no obj. |
| 302 | | 11/6 | ✓ | ✓ | Associated Bank Account #xxxx655 Statement (October 2000) ~ no obj. |
| 303 | | 10/29 | ✓ | ✓ | Facsimile to Paul Feehan from Deanna Munson, with handwritten note (12/20/00) ~ no obj. |
| 304 | | 10/29 | ✓ | ✓ | Facsimile to Paul Feehan from Deanna Munson, with notes (12/20/00) ~ no obj. |
| 305 | | 10/29 | ✓ | ✓ | Facsimile from Jack Morrone to Eric Hulsey (10/24/00) ~ no obj. |
| 306 | | | | | |
| 307 | | | | | |
| 308 | | | | | |
| 309 | | | | | |
| | | | | | |
| | | | | | **Fortress** |
| 310 | | | | | Petters letter to Drawbridge (8/18/08) |
| 311 | | | | | Petters letter to Drawbridge (8/25/08) |
| 312 | | | | | Drawbridge letter to Acorn (8/25/08) |
| | | | | | |
| | | | | | **RETAILER DOCUMENTS/RECORDS** |
| | | | | | |
| | | | | | **Costco** |
| 313 | | 10/29 | ✓ | ✓ | Summary Schedule of PCI Payment History ~ no obj. |
| 314 | | 10/29 | ✓ | ✓ | Summary of National Clothing Check Payee/Amounts ~ no obj. |
| | | | | | |
| | | | | | **Sam's /Walmart** |
| 315 | | 11/9 | ✓ | ✓ | PCI Vendor Agreement (6/14/96) ~ no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 316 | | 11/9 | ✓ | ✓ | PCI Vendor History Report − no obj. |
| 317 | | 11/9 | ✓ | ✓ | RedTag Vendor Agreement (2/01) − no obj. |
| 318 | | 11/9 | ✓ | ✓ | RedTag Vendor History Report − no obj. |
| | | | | | |
| | | | | | **MONEY LAUNDERING SUMMARIES** |
| 319 | | 11/16 | ✓ | ✓ | Count 16: Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (7/27/04 - 7/28/04) − no obj. |
| 320 | | 11/16 | ✓ | ✓ | Count 16: Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (7/27/04 - 7/28/04) − no obj. |
| 321 | | 11/3 | ✓ | ✓ | Transaction Detail Report (7/28/04) − no obj. |
| 322 | | 11/3 | ✓ | ✓ | Letter Loan Agreement (7/27/04) − no obj. |
| 323 | | 11/16 | ✓ | ✓ | Count 17: Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (10/26/05 - 10/27/05) − no obj. |
| 324 | | 11/16 | ✓ | ✓ | Count 17: Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (10/26/05 - 10/27/05) − no obj. |
| 325 | | 11/3 | ✓ | ✓ | Transaction Detail Report (10/27/05) − no obj. |
| 326 | | 11/3 | ✓ | ✓ | Petters Warehouse Direct Loan Summary − no obj. |
| 327 | | 11/16 | ✓ | ✓ | Count 18: Petters Company Inc. M&I Account #xxxx018 and Petters Company Inc. Crown Bank Account #xxxx227 Schedule of Bank Activity (10/27/06 - 10/30/07) − no obj. |
| 328 | | 11/16 | ✓ | ✓ | Count 18: Petters Company Inc. M&I Account #xxxx018 and Petters Company Inc. Crown Bank Account #xxxx227 Summary of Bank Activity (10/27/06 - 10/30/07) − no obj. |
| 329 | | 11/3 | ✓ | ✓ | Fax cover sheet (10/30/06) − no obj. |
| 330 | | 11/16 | ✓ | ✓ | Crown Bank Petters Account November 2006 Statement − no obj. |
| 331 | | 11/10 | ✓ | ✓ | Email from Wemhoff to Lauman (10/30/06) − no obj. |
| 332 | | 11/10 | ✓ | ✓ | Wire Transfer Request (10/30/06) − no obj. |
| 333 | | | | | Petters Check to Diamonds Direct for $5,911.75 |
| 334 | | 11/16 | ✓ | ✓ | Count 19: Petters Company Inc. M&I Account #xxxx018 Schedule of Bank Activity (12/18/07 - 12/19/07) − no obj. |
| 335 | | 11/16 | ✓ | ✓ | Count 19: Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (12/18/07 - 12/19/07) − no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 336 | | 11/3 | ✓ | ✓ | Transaction Detail Report (12/19/07) – no obj. |
| 337 | | 11/3 | ✓ | ✓ | Petters Check to Braman Motor Cars for $98,028.91 (12/27/07) – no obj. |
| 338 | | 11/16 | ✓ | ✓ | Braman Purchase Order (12/24/07) – no obj. |
| 339 | | 11/16 | ✓ | ✓ | Count 20: Petters Company Inc. M&I Account #xxxx018 and Petters Group Worldwide Crown Bank Account #xxxx074 Schedule of Bank Activity (6/2/08 - 6/4/08) – no obj. |
| 340 | | 11/16 | ✓ | ✓ | Count 20: Petters Company Inc. M&I Account #xxxx018 Summary of Bank Activity (6/2/08 - 6/4/08) – no obj. |
| 341 | | 11/16 | ✓ | ✓ | Count 20: Petters Group Worldwide Crown Bank Account #xxxx074 – no obj. Summary of Bank Activity (6/2/08 - 6/4/08) |
| 342 | | 11/10 | ✓ | ✓ | Facsimile from PGW to Crown Bank (6/4/08) – no obj |
| 343 | | 11/10 | ✓ | ✓ | Wire Transfer Request (6/3/08) – no obj. |
| 344 | | 11/16 | ✓ | ✓ | $3,000,000 FedWire Confirmation (6/4/08) – no obj. |
| 345 | | 11/16 | ✓ | ✓ | Northern Trust Petters Loan Billing Statement (6/15/08) – no obj. |
| | | | | | |
| | | | | | |
| | | | | | **Meshbesher File** |
| 346 | | | | | Notice of Motion and Motion to Withdraw Plea, Vacate Sentence and Dismiss Charges (7/24/02) |
| 347 | | | | | Letter from Meshbesher to Colorado Clerk of Court, with attachments (8/13/02) |
| 348 | | | | | Letter from Meshbesher to Hennepin County Court Administrator, with attachments (9/18/02) |
| 349 | | | | | Letter from Meshbesher to Stearns County Court Administrator, with attachments (10/11/02) |
| 350 | | | | | Letter from Meshbesher to Hon. Skippert Pearson with attachments (2/4/03) |
| 351 | | | | | "Confidential Urgent!" email from Tom Petters to "Kevin" (12/3/03) |
| 352 | | | | | Letter from Meshbesher to Stearns County Court Administrator, with attachments (12/3/03) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **Miscellaneous** |
| 353 | | 11/5 | ✓ | ✓ | Petters/White Telephone Recording (10/1/08) – *no obj.* |
| 353A | | | | | Transcript of Petters/White recording |
| 354 | | 11/9 | ✓ | ✓ | Photo of Bellagio Room – *no obj.* |
| 355 | | | | ✓ | N.I.R. Corporate Status |
| 356 | | 11/9 | ✓ | ✓ | Photo of N.I.R. – *no obj.* |
| 357 | | 11/12 | ✓ | ✓ | Photo of E.F.B.C. – *no obj.* |
| 358 | | 11/12 | ✓ | ✓ | E.F.B.C. Certificate of Incorporation (1/16/02) *no obj.* |
| 359 | | 11/9 | ✓ | ✓ | N.I.R. Facsimile re: PCI Wire (1/25/02) – *no obj.* |
| 360 | | 11/13 | ✓ | ✓ | Photo of Petters/Deikel – *no obj.* |
| 361 | | 11/2 | ✓ | ✓ | Photo of Petters/Reynolds – *no obj.* |
| 362 | | 11/2 | ✓ | ✓ | Photo of Petters/Reynolds/Bell – *no obj.* |
| 363 | | 11/2 | ✓ | ✓ | Photo of Petters/Bell – *no obj.* |
| 364 | | | | | Photo of Petters/Quan |
| 365 | | | | | Recording of Thomas Petters/Jennifer Petters (10/11/08 12:55pm) |
| 365A | | | | | Transcript of Thomas Petters/Jennifer Petters recording |
| 366 | | | | | Judgment in Alsaker v. Petters (3/11/91) |
| 367 | | 11/9 | ✓ | ✓ | 3M Customer Account Spreadsheet *no obj.* |
| 368 | | | | ✓ | TJP Family Foundation Contribution Tracing Summary |
| 369 | | 11/16 | ✓ | ✓ | Phone records from 9/24/08 – *obj. - relevance - overruled* |
| 370 | | 11/16 | ✓ | ✓ | 5/14/99 GE Capital debtor notice/acknowledgment *obj. - relevance - overruled* |
| 371 | | 11/16 | ✓ | ✓ | Fred Johnson 1099s from 1998+1999 – *no obj.* |
| 372 | | 11/16 | ✓ | ✓ | Email from Fred Johnson to Tom Petters – *no obj.* |
| 373 | | 11/17 | ✓ | ✓ | Photos of Petters plane – *no obj.* |
| 374 | | 11/17 | ✓ | ✓ | Checks to Steven Ratliff – *no obj.* |
| 375 | | 11/17 | ✓ | ✓ | Email from Munson to Indahl + White – *obj. - foundation/relevance - overruled* |
| | | | | | |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | **_Coleman Recordings_** |
| | | | | | **_Audio Recordings_** |
| 376 | | ¹¹/3 | ✓ | ✓ | Audio Recording (9/8/08 5:23pm, 13:33) —no obj. |
| 376A | | | | | Transcript of Audio Recording |
| 377 | | ¹¹/2 | ✓ | ✓ | Audio Recording (9/8/08 5:36pm, 42:18) —no obj. |
| 377A | | | | | Transcript of Audio Recording |
| 378 | | ¹¹/3 | ✓ | ✓ | Audio Recording (9/8/08 6:59pm, 1:46:05) — no obj. |
| 378A | | | | | Transcript of Audio Recording |
| 379 | | | | | [omit] |
| 380 | | | | | Audio Recording (9/9/08 11:51am, 24:15) |
| 380A | | | | | Transcript of Audio Recording |
| 381 | | ¹¹/2 | ✓ | ✓ | Audio Recording (9/9/08 12:16pm, 1:20:20) —no obj. |
| 381A | | | | | Transcript of Audio Recording |
| 382 | | ¹¹/2 | ✓ | ✓ | Audio Recording (9/9/08 1:39pm, 12:38) —no obj. |
| 382A | | | | | Transcript of Audio Recording |
| 383 | | ¹¹/6 | ✓ | ✓ | Audio Recording (9/9/08 2:58pm, 2:39) —no obj. |
| 383A | | | | | Transcript of Audio Recording |
| 384 | | | | | Audio Recording (9/9/08 4:31pm, 1:35) |
| 384A | | | | | Transcript of Audio Recording |
| 385 | | | | | Audio Recording (9/9/08 6:40pm, 3:42) |
| 385A | | | | | Transcript of Audio Recording |
| 386 | | | | | Audio Recording (9/10/08 10:46am, 3:22) |
| 386A | | | | | Transcript of Audio Recording |
| 387 | | | | | Audio Recording (9/10/08 11:01am, 3:58) |
| 387A | | | | | Transcript of Audio Recording |
| 388 | | | | | Audio Recording (9/10/08 11:31am, 30:54) |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 388A | | | | | Transcript of Audio Recording |
| 389 | | 11/3 | ✓ | ✓ | Audio Recording (9/10/08 12:43pm, 1:57) – no obj. |
| 389A | | | | | Transcript of Audio Recording |
| 390 | | | | | Audio Recording (9/10/08 1:11pm, 3:16) |
| 390A | | | | | Transcript of Audio Recording |
| 391 | | 11/3 | ✓ | ✓ | Audio Recording (9/10/08 3:55pm, 4:22) – no obj. |
| 391A | | | | | Transcript of Audio Recording |
| 392 | | 11/3 | ✓ | ✓ | Audio Recording (9/11/08 7:00am, 24:27) – no obj. |
| 392A | | | | | Transcript of Audio Recording |
| 393 | | 11/3 | ✓ | ✓ | Audio Recording (9/11/08 12:36pm, 1:44) – no obj. |
| 393A | | | | | Transcript of Audio Recording |
| 394 | | 11/3 | ✓ | ✓ | Audio Recording (9/11/08 12:44pm, 1:03) – no obj. |
| 394A | | | | | Transcript of Audio Recording |
| 395 | | | | | Audio Recording (9/11/08 1:14pm, 4:56) |
| 395A | | | | | Transcript of Audio Recording |
| 396 | | 11/3 | ✓ | ✓ | Audio Recording (9/11/08 2:20pm, 0:50) – no obj. |
| 396A | | | | | Transcript of Audio Recording |
| 397 | | | | | Audio Recording (9/12/08 12:37pm, 1:55) |
| 397A | | | | | Transcript of Audio Recording |
| 398 | | 11/3 | ✓ | ✓ | Audio Recording (9/12/08 1:17pm, 4:45) – no obj. |
| 398A | | | | | Transcript of Audio Recording |
| 399 | | | | | Audio Recording (9/12/08 1:57pm, 19:31) |
| 399A | | | | | Transcript of Audio Recording |
| 400 | | 11/3 | ✓ | ✓ | Audio Recording (9/12/08 2:16pm, 5:20) – no obj. |
| 400A | | | | | Transcript of Audio Recording |
| 401 | | 4/3 | ✓ | ✓ | Audio Recording (9/12/08 2:44pm, 15:29) – no obj. |
| 401A | | | | | Transcript of Audio Recording |
| 402 | | 4/3 | ✓ | ✓ | Audio Recording (9/12/08 3:07pm, 5:41) – no obj. |
| 402A | | | | | Transcript of Audio Recording |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 403 | | 11/4 | ✓ | ✓ | Audio Recording (9/15/08 11:06am, 23:16) — no obj. |
| 403A | | | | | Transcript of Audio Recording |
| 404 | | 11/2 | ✓ | ✓ | Audio Recording (9/15/08 3:05pm, 37:40) — no obj. |
| 404A | | | | | Transcript of Audio Recording |
| 405 | | 11/3 | ✓ | ✓ | Audio Recording (9/16/08, 8:44 am, 10:20) — no obj. |
| 405A | | | | | Transcript of Audio Recording |
| 406 | | 11/3 | ✓ | ✓ | Audio Recording (9/16/08 1:00pm, 11:58) — no obj. |
| 406A | | | | | Transcript of Audio Recording |
| 407 | | 11/6 | ✓ | ✓ | Audio Recording (9/16/08 1:20pm, 23:51) — no obj. |
| 407A | | | | | Transcript of Audio Recording |
| 408 | | | | | Audio Recording (9/16/08 1:53pm, 2:31) |
| 408A | | | | | Transcript of Audio Recording |
| 409 | | 11/2 | ✓ | ✓ | Audio Recording (9/17/08 12:05pm, 26:47) — no obj. |
| 409A | | | | | Transcript of Audio Recording |
| 410 | | 11/9 | ✓ | ✓ | Audio Recording (9/17/08 1:45pm, 11:20) — no obj. |
| 410A | | | | | Transcript of Audio Recording |
| 411 | | | | | Audio Recording (9/17/08 2:19pm, 7:41) |
| 411A | | | | | Transcript of Audio Recording |
| 412 | | 11/3 | ✓ | ✓ | Audio Recording (9/17/08 2:33pm, 3:06) — no obj. |
| 412A | | | | | Transcript of Audio Recording |
| 413 | | | | | Audio Recording (9/18/08 9:43am, 32:06) |
| 413A | | | | | Transcript of Audio Recording |
| 414 | | 11/2 | ✓ | ✓ | Audio Recording (9/18/08 10:19am, 6:43) — no obj. |
| 414A | | | | | Transcript of Audio Recording |
| 415 | | | | | Audio Recording (9/18/08 11:11am, 31:17) |
| 415A | | | | | Transcript of Audio Recording |
| 416 | | 11/3 | ✓ | ✓ | Audio Recording (9/18/08 11:46am, 6:43) — no obj. |
| 416A | | | | | Transcript of Audio Recording |
| 417 | | 11/4 | ✓ | ✓ | Audio Recording (9/18/08 12:59pm, 41:55) — no obj. |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 417A | | | | | Transcript of Audio Recording |
| 418 | | 11/3 | ✓ | ✓ | Audio Recording (9/18/08 1:55pm, 9:27) − no obj. |
| 418A | | | | | Transcript of Audio Recording |
| 419 | | | | | Audio Recording (9/18/08 3:21pm, 1:32) |
| 419A | | | | | Transcript of Audio Recording |
| 420 | | 11/3 | ✓ | ✓ | Audio Recording (9/19/08 10:34am, 57:27) − no obj. |
| 420A | | | | | Transcript of Audio Recording |
| 421 | | | | | Audio Recording (9/19/08 11:51am, 12:03) |
| 421A | | | | | Transcript of Audio Recording |
| 422 | | 11/6 | ✓ | ✓ | Audio Recording (9/19/08 12:05pm, 24:07) − no obj. |
| 422A | | | | | Transcript of Audio Recording |
| 423 | | 11/3 | ✓ | ✓ | Audio Recording (9/19/08 12:47pm, 10:08) − no obj. |
| 423A | | | | | Transcript of Audio Recording |
| 424 | | | | | Audio Recording (9/19/08 1:58pm, 3:25) |
| 424A | | | | | Transcript of Audio Recording |
| 425 | | 11/3 | ✓ | ✓ | Audio Recording (9/19/08 2:28pm, 35:29) − no obj. |
| 425A | | | | | Transcript of Audio Recording |
| 426 | | | | | Audio Recording (9/20/08 Track 1, 5:20) |
| 426A | | | | | Transcript of Audio Recording |
| 427 | | 11/3 | ✓ | ✓ | Audio Recording (9/20/08 Track 2, 3:19) − no obj. |
| 427A | | | | | Transcript of Audio Recording |
| 428 | | | | | Audio Recording (9/20/08 Track 3, 2:36) |
| 428A | | | | | Transcript of Audio Recording |
| 429 | | 11/3 | ✓ | ✓ | Audio Recording (9/21/08 Track 1, 1:32) − no obj. |
| 429A | | | | | Transcript of Audio Recording |
| 430 | | 11/3 | ✓ | ✓ | Audio Recording (9/21/08 Track 2, 3:37) − no obj. |
| 430A | | | | | Transcript of Audio Recording |
| 431 | | | | | Audio Recording (9/22/08 9:50am, 13:34) |
| 431A | | | | | Transcript of Audio Recording |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 432 | | | | | [omit] |
| 433 | | | | | [omit] |
| 434 | | | | | Audio Recording (9/22/08 12:52pm, 7:25) |
| 434A | | | | | Transcript of Audio Recording |
| 435 | | | | | Audio Recording (9/22/08 2:14pm, 5:41) |
| 435A | | | | | Transcript of Audio Recording |
| 436 | | | | | Audio Recording (9/22/08 2:31pm, 7:53) |
| 436A | | | | | Transcript of Audio Recording |
| 437 | 11/3 | ✓ | ✓ | | Audio Recording (9/22/08 3:12pm, 12:48) ~ no obj. |
| 437A | | | | | Transcript of Audio Recording |
| 438 | | | | | Audio Recording (9/23/08 10:05am, 2:29) |
| 438A | | | | | Transcript of Audio Recording |
| 439 | 11/3 | ✓ | ✓ | | Audio Recording (9/23/08 11:19am, 13:14) — no obj |
| 439A | | | | | Transcript of Audio Recording |
| 440 | | | | | Audio Recording (9/23/08 1:47pm, 9:18) |
| 440A | | | | | Transcript of Audio Recording |
| 441 | | | | | Audio Recording (9/23/08 2:26pm, 4:51) |
| 441A | | | | | Transcript of Audio Recording |
| 442 | 11/3 | ✓ | ✓ | | Audio Recording (9/23/08 2:32pm, 1:11) — no obj |
| 442A | | | | | Transcript of Audio Recording |
| 443 | | | | | Audio Recording (9/23/08 Track 1, 3:49) |
| 443A | | | | | Transcript of Audio Recording |
| 444 | 11/3 | ✓ | ✓ | | Audio Recording (9/24/08 Track 1 on 1D31, 1:24) ~ no obj |
| 444A | | | | | Transcript of Audio Recording |
| 445 | | | | | |
| 446 | | | | | |
| 7A | 11/16 | ✓ | ✓ | | Net payments chart -1/03 - 8/08 - obj - Rule 403 - overruled |
| 500 | 11/17 | ✓ | ✓ | | Sandy Indahl email to financial sheet for Greg Bell - no obj |
| 501 | 11/17 | ✓ | ✓ | | 8/27/07 Indahl email to Bob White — no obj |
| 502 | 11/17 | ✓ | ✓ | | Sandy Indahl June 2008 email to Bell w/ balance sheet — no obj |
| 503 | 11/17 | ✓ | ✓ | | Schedule of payments to Petters account at Crown — no obj |