UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 08-CR-364 (RHK/AJB)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS JOSEPH PETTERS,

    Defendant.

**DEFENDANT'S EXHIBIT LIST**

| Presiding Judge: | Honorable Richard H. Kyle |
|---|---|
| Plaintiff's Attorneys: | AUSA John R. Marti<br>AUSA Joseph T. Dixon, III<br>AUSA John Docherty<br>AUSA Timothy C. Rank |
| Defendant's Attorneys: | Jon M. Hopeman<br>Paul C. Engh<br>Eric J. Riensche |
| Trial Dates: | October 26, 2009 to |
| Courtroom Reporter: | |
| Courtroom Deputy: | |

| Def. No. | Date Offered | Date Admitted | Description |
|---|---|---|---|
| 1 | 11/17 | ✓ | Photograph of Thomas Petters circa 1974 — no obj. |
| 2 | 11/3 | ✓ | Photographs of Thomas Petters and Family — no obj. |
| 3 | 11/3 | ✓ | In Memoriam Card: John T. Petters — no obj. |
| 4 | 11/18 | ✓ | Photographs of 655 Bushaway Road — no obj. |
| 5 | | | Program Re: B'nai B'rith International Distinguished Humanitarian Award Presentation Honoring Thomas J. Petters |
| 6 | | | Plaque Re: Thomas J. Petters Center for Global Education |
| 7 | | | Plaque Re: Minnesota Teen Challenge Golf Classic |
| 8 | | | Plaque Re: Miami University Academy of Entrepreneurs |
| 9 | 11/19 | ✓ | Video Re: Thomas Petters 50th Birthday — no obj. |
| 10 | 11/3 | ✓ | Handwritten Card from Deanna Coleman to Thomas Petters — no obj. |
| 11 | | | E-mails regarding John T. Petters |
| 11-1 & 11-4 | 11/3 | ✓ | — no obj |
| 11-9 to 11-10 | 11/3 | | objection - Rule 403 - Sustained |
| 11-16 | 11/3 | ✓ | — no obj |
| 12 | | | Organization Chart Re: Thomas J. Petters |

Handwritten annotations in left margin: "no obj.", "(P-3,4,5,26, 32)"

24389.2

1

SCANNED
NOV 2 4 2009
U.S. DISTRICT COURT ST. PAUL

*Guarantee of Payment Form*

| Def. No. | Date Offered | ~~Date~~ Admitted | Description |
|---|---|---|---|
| 13 | | | Organization Chart Re: Petters Group Worldwide |
| 14 A | 10/29 | ✓ | ~~Petters Company, Inc. Sample Deals Sheet, Mid-1990s~~ - no obj. |
| 15 | 11/16 | ✓ | Petters Company, Inc. Invoices, Purchase Orders, and Related Documents, Mid-1990s - no obj. w/summary |
| 16 | | | Petters Company, Inc. Credit Insurance Policy, Mid-1990s |
| 17 | | | Correspondence from Fred Stelter Re: Petters Company, Inc., 1998 & 1999 |
| 18 | 11/3 | ✓ | Arthur Andersen Due Diligence Report Re: Petters Company, Inc., February 2001 - no obj. |
| 19 | | | Dun & Bradstreet Report Re: Petters Company, Inc., 2006 |
| 20 | 11/12 | ✓ | Documents Re: Petters Company, Inc. purchase of White Goods from Circuit City - no obj (p. 20-25) |
| 21 | | | Fax from Robert White Re: Petters Company, Inc. Financials |
| | | | |
| | | | |
| 22 | | | Virchow Krause & Co. Independent Auditors Reports Re: Metro Gem, Inc., 2001 to 2007 |
| 23 | | | IRS Audit Papers Re: Thousand Lakes LLC, 2008 |
| 24 | | | Eide Bailly Workpapers Re: PAC Funding LLC, December 31, 2007 |
| 25 | | | Eide Bailly Workpapers Re: PC Funding LLC, December 31, 2007 |
| 26 | | | Eide Bailly Workpapers Re: Petters Capital, December 31, 2007 |
| 27 | | | Eide Bailly Workpapers Re: Thousand Lakes LLC, December 31, 2007 |
| 28 | | | Eide Bailly Workpapers Re: Thousand Lakes LLC, December 31, 2006 |
| 29 | 11/4 | ✓ | Eide Bailly Financial Statements Re: Thousand Lakes LLC, December 31, 2006 - no obj. |
| 30 | | | Audit Letter Re: PC Funding, April 30, 2007 |
| 31 | | | Audit Documents Re: PC Funding, April 15, 2005 |
| 32 | | | Audit Confirmations File from Petters Group Worldwide |
| 33 | | | Lloyd's of London Casualty Insurance |
| | | | |
| | | | |
| 34 | | | Spreadsheet Re: Petters Company, Inc. Debt Over Time |
| 35 | | | Spreadsheets, checks, and wire transfer notifications created by Deanna Coleman |
| 36 | | | E-mail String Re: Petters Company, Inc. Expense of Coleman Family Trip to Costa Rica |
| 37 | | | E-mails between Deanna Coleman and Robert White |
| 38 | 11/4 | ✓ | Documents Re: Activities of Deanna Coleman after 9/8/2008 - no obj. |
| 39 | | | Palm Beach Financial Spreadsheet Re: September 2008 Notes |
| | | | |
| 40 | | | Judgment and Probation/Commitment Order dated October 19, 1983, *United States v. Larry J. Reservitz*, No. CR 83-00058-Mc-3 (D. Mass.) |

*docs: 1, 2, 19, 30, 32, 33, 37*

24389.2

2

| Def. No. | Date Offered | ~~Date~~ Admitted | Description |
|---|---|---|---|
| 41 | | | Judgment and Probation/Commitment Order dated November 21, 1984, *United States v. Larry J. Reservitz*, No. CR 84-00068-01-S (D. Mass.) |
| 42 | | | Findings, Rulings, and Order for Judgment dated March 15, 1974, *In re Larry J. Reservitz*, No. 73-263 (Mass. Supreme Judicial Court) |
| 43 | | | Massachusetts Change of Name Applications |
| 44 | | | Massachusetts Attorney's Oath, Mass. Gen. Law Ch. 221, § 38 |
| 45 | 11/9 | ✓ | Miscellaneous Reynolds e-mails (p. 73 - no obj.) |
| 46 | | | Wire Transfer Documents Re: NIR |
| 47 | | | Facsimile Re: Michael Catain |
| 48 | | | Agreement Regarding FAC Acquisition, LLC, July 23, 2002 |
| 49 | | | Financial Statements Re: FAC Acquisition, LLC |
| 50 | | | Emails Re: Dean Vlahos |
| 51 | | | Miscellaneous Documents Re: Vlahos Loans |
| 52 | | | Documents Re: Loan Request to Edge One |
| 53 | | | Duff & Phelps Brand Valuation Re: Polaroid, November 7, 2007 |
| 54 | | | Morgan Stanley Confidential Memorandum Re: Polaroid, March 2006 |
| 55 | | | Houlihan Lokey Preliminary Brand Valuation Re: Polaroid, December 2004 |
| 56 | | | Documents Re: Polaroid Valuation |
| 57 | | | Documents Re: Spring 2008 Deal Involving Reynolds and Takesue |
| 58 | | | Documents Re: Fortress Debt Acquisition |
| 59 | 11/18 | ✓ | Documents Re: Potential Circuit City Transactions - no obj. |
| 60 | | | Documents Re: Potential Gerard Lopez/Mangrove Capital Transactions |
| 61 | | | Documents Re: Count 3 of Superseding Indictment |
| 62 | | | Documents Re: Count 4 of Superseding Indictment |
| 63 | | | Documents Re: Count 5 of Superseding Indictment |
| 64 | | | Documents Re: Count 6 of Superseding Indictment |
| 65 | | | Documents Re: Count 7 of Superseding Indictment |
| 66 | | | Documents Re: Count 8 of Superseding Indictment |
| 67 | | | Documents Re: Count 9 of Superseding Indictment |
| 68 | | | Documents Re: Count 10 of Superseding Indictment |
| 69 | | | Documents Re: Count 12 of Superseding Indictment |
| 70 | | | Documents Re: Count 13 of Superseding Indictment |
| 71 | 10/29 | ✓ | Documents Re: Count 14 of Superseding Indictment - no obj. |
| 72 | | | Documents Re: Count 16 of Superseding Indictment |
| 73 | | | Documents Re: Count 17 of Superseding Indictment |

24389.2

| Def. No. | Date Offered | ~~Date~~ Admitted | Description |
|---|---|---|---|
| 74 | | | Documents Re: Count 18 of Superseding Indictment |
| 75 | | | Documents Re: Count 19 of Superseding Indictment |
| 76 | | | Documents Re: Count 20 of Superseding Indictment |
| | | | |
| | | | |
| | | | |
| 77 | | | WITSEC File Re: Prospective Witness |
| 78 | | | Miscellaneous financial documents Re: Petters Capital and PC Funding |
| 79 | 11/3 | | Program Re: August 8, 2008 John Thomas Petters Ceremony — obj. to 79-1 to 79-3 - Rule 403 - Sustained |
| 80 | 11/3 | ✓ | Onka funding checks 12/04 — no obj. |
| 81 | 11/3 | ✓ | Coleman 2006 bonus checks — no obj. |
| 82 | 11/4 | ✓ | Stanton Group 8/25/08 letter — no obj. |
| 83 | 11/4 | ✓ | "   "  9/4/08 letter to Petters — no obj. |
| 84 | 11/4 | ✓ | "   "  9/4/08 letter to White — no obj. |
| 85 | 11/4 | ✓ | 4/18/08 Evidence of Property Insurance — no obj. |
| 86 | 11/3 | ✓ | Onka bank statement 9/04 + canceled checks — no obj. |
| | | | **Government Recordings** |
| | | | |
| 100 | | | |
| 101 | | | September 9, 2008, 12:16 p.m. |
| 102 | | | |
| 103 | | | |
| 104 | | | |
| 105 | | | |
| 106 | | | |
| 107 | | | September 12, 2008, 1:17 p.m. |
| 108 | | | |
| 109 | | | September 15, 2008, 11:06 a.m. |
| 110 | | | |
| 111 | | | |
| 112 | | | |
| 113 | | | September 16, 2008, 10:37 a.m. |
| 113A | | | Transcript of September 16, 2008, 10:37 a.m. |
| 114 | | | September 16, 2008, 10:56 a.m. |
| 114A | | | Transcript of September 16, 2008, 10:56 a.m. |
| 115 | | | |
| 116 | | | |
| 117 | | | September 17, 2008, 12:05 p.m. |
| 118 | | | September 17, 2008, 1:45 p.m. |
| 119 | | | September 17, 2008, 2:33 p.m. |
| 120 | | | |
| 121 | | | |
| 122 | | | September 18, 2008, 9:43 a.m. |
| 123 | | | |
| 124 | | | September 18, 2008, 12:59 p.m. |
| 125 | | | September 19, 2008, 10:34 a.m. |

24389.2

4

| Def. No. | Date Offered | ~~Date~~ Admitted | Description |
|---|---|---|---|
| 126 | | | September 19, 2008, 11:51 a.m. |
| 127 | | | September 19, 2008, 2:28 p.m. |
| 128 | | | |
| 129 | | | |
| 130 | | | |
| 131 | | | |
| 132 | | | |
| 133 | | | September 20, 2008 |
| 134 | | | |
| 135 | | | September 8, 2008, 6:59 p.m. |
| 136 | | | September 11, 2008, 1:14 p.m. |
| 137 | | | September 15, 2008, 10:47 a.m. |
| 137A | | | Transcript of September 15, 2008, 10:47 a.m. |
| 138 | | | September 19, 2008, 12:05 p.m. |
| 139 | | | September 22, 2008, 2:14 p.m. |
| 140 | | | September 10, 2008, 9:38 a.m. |
| 140A | | | Transcript of September 10, 2008, 9:38 a.m. |
| 141 | | | |
| 142 | | | |
| 143 | | | |
| 144 | | | September 23, 2008, 9:44 a.m. |
| 144A | | | Transcript of September 23, 2008, 9:44 a.m. |
| 145 | | | |
| 146 | | | |
| 147 | | | |
| 148 | | | |
| 149 | | | |
| 150 | | | |
| 89 | 11/4 | ✓ | PCI checks to Moellman - no obj. |
| 90 | 11/6 | ✓ | 4/24/08 Baer email re Interlachen w/Bill of Sale - no obj. |
| 91 | 11/6 | ✓ | 8/4/08 Bill of Sale re Edge One - no obj. |
| 92 | 11/6 | ✓ | 8/5/08 Bill of Sale re Edge One - no obj. |
| 95 | 11/6 | ✓ | Envelope mailed to GE Capital - no obj. |
| 93 | 11/6 | ✓ | White check to Onka for $500K - no obj. |
| 94 | 11/6 | ✓ | $500K bonus check from PCI to White - 2/16/06 - no obj. |
| 96 | 11/12 | ✓ | Polaroid invoice to BJ's 10/4/06 - no obj. |
| 97 | 11/16 | ✓ | Email to Petters from George Danko - obj-hearsay-sustained as to top portion - otherwise admitted |
| 211 | 11/17 | ✓ | 2006 Integrity Marketing tax return - no obj. |
| 200 | 11/17 | ✓ | Chart created from PWC docs + Stratify docs - no obj. |
| 201 | 11/17 | ✓ | PCB Sales chart - 2003-2005 - obj-relevance " overruled |
| 202 | 11/17 | ✓ | PCB chart of Sales by Customer - 2003-2005 " " |
| 203 | 11/17 | ✓ | PCB chart of selected purchases by vendor - '03-05 " " |
| 204 | 11/17 | ✓ | Funding sources for PCB purchases - obj-relevance - overruled |
| ~~24389.2~~ 205 | 11/17 | ✓ | Chart of Bob S White funds PCI/Onka - no obj. |
| 206 | 11/17 | ✓ | Chart of Deanna Coleman funds PCI/Onka - no obj. |
| 215 | 11/18 | ✓ | 9/4/08 emails involving Tom Petters - no obj. |

reoffered in toto 11/19 - no obj - ALL received