REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

                        Plaintiff,

                                     Crim. No. 08-364 (RHK/AJB)

v.

                                     **VERDICT**

Thomas Joseph Petters,

                        Defendant.

---

We, the jury, find as follows:

<u>Counts 1 through 10</u> (Wire Fraud):

<u>Count 1</u>: A telephone call between the Defendant in Las Vegas, Nevada, and Deanna Coleman in Minnesota, on or about September 24, 2008.

_____        X [signed]
        NOT GUILTY                                     GUILTY

<u>Count 2</u>: A letter from the Defendant to Ted Deikel, sent via facsimile from Minnesota to California, on or about September 17, 2008.

_____        X [signed]
        NOT GUILTY                                     GUILTY

<u>Count 3</u>: A wire transfer of $4,629,600 from Ark Discovery II account at Charter One Bank, Chicago, Illinois, to the Enchanted Family Buying Company account at Anchor Bank, Minnesota, on or about August 5, 2008.

_____        X [signed]
        NOT GUILTY                                     GUILTY

SCANNED
DEC 0 2 2009
U.S. DISTRICT COURT ST. PAUL

Count 4: An email from the Defendant in India to Deanna Coleman and Bob White in Minnesota regarding payments, on or about July 14, 2008.

NOT GUILTY | X AC GUILTY

Count 5: An email from the Defendant to Deanna Coleman in Minnesota and Larry Reynolds (via the AOL server in Virginia) regarding the purchase order for the $60,000,000 Interlachen Harriet Investments Limited investment, on or about April 17, 2008.

NOT GUILTY | X AC GUILTY

Count 6: A wire transfer of $3,010,000 from PBFP Holdings LLC account at US Bank in Minnesota to Nationwide International Resources account at First Regional Bank, California, on or about February 27, 2006.

NOT GUILTY | X AC GUILTY

Count 7: A wire transfer of $4,060,000 from Fidelis Foundation account at US Bank in Minnesota to PCI's M&I Marshall & Ilsley account in Wisconsin, on or about January 6, 2005.

NOT GUILTY | X AC GUILTY

Count 8: A wire transfer of $5,065,000 from Arrowhead Capital Finance LTD account at Wells Fargo Bank, Minnesota, to Nationwide International Resources account at First Regional Bank, California, on or about December 23, 2004.

NOT GUILTY

X AC
GUILTY

Count 9: An email from the Defendant to Coleman in Minnesota via Blackberry server in Ontario, Canada regarding use of proceeds, on or about October 6, 2004.

NOT GUILTY

X AC
GUILTY

Count 10: A facsimile from PCI in Minnesota to Lancelot Investors Fund L.P. in Illinois, on or about June 3, 2004.

NOT GUILTY

X AC
GUILTY

Counts 11 through 13 (Mail Fraud):

Count 11: A letter from the Defendant to Interlachen Harriet Investments Limited, Minneapolis, Minnesota, sent via Federal Express, on or about September 26, 2008.

NOT GUILTY

X [signature] GUILTY

Count 12: A $1,500,000 PCI Promissory Note sent to C&C Capital, LLC, via Federal Express from Minnesota to Idaho, on or about July 17, 2008.

NOT GUILTY

X [signature] GUILTY

Count 13: Defendant's personal guaranty in the amount of $4,000,000 for Dean Vlahos PCI investment delivered via Federal Express from Florida to Minnesota, on or about January 28, 2008.

NOT GUILTY

X [signature] GUILTY

Count 14 (Conspiracy to Commit Wire Fraud or Mail Fraud):

________________ NOT GUILTY

X ________________ GUILTY


Counts 16 through 20 (Money Laundering):

Count 16: Wire transfer in the amount of $1,000,000 from PCI's M&I Marshall & Ilsley bank account number XXX9018 to Petters Fashion Group, on or about July 28, 2004.

NOT GUILTY | X AC GUILTY

Count 17: Wire transfer in the amount of $275,000 from PCI's M&I Marshall & Ilsley account number XXX9018 to Petters Warehouse Direct, on or about October 27, 2005.

NOT GUILTY | X AC GUILTY

Count 18: Wire transfer in the amount of $1,400,000 from PCI's Crown Bank account number XXX1089 to the Defendant's Crown Bank account number XXXX0889, on or about October 30, 2006.

NOT GUILTY | X AC GUILTY

Count 19: Wire transfer in the amount of $250,000 from PCI's M&I Marshall & Ilsley account number XXX9018 to the Defendant's personal Northern Trust bank account number XXXXXX4886, on or about December 19, 2007.

NOT GUILTY | X AC GUILTY

Count 20: Wire transfer in the amount of $3,000,000 from PGW's Crown Bank account number XXX4074 to the Defendant's personal Northern Trust bank account number XXXXXX6561, on or about June 4, 2008.

NOT GUILTY | X AC GUILTY

Count 15 (Conspiracy to Commit Concealment Money Laundering):

______________ NOT GUILTY

X [signature] GUILTY

Dated: ~~November~~ ___, 2009
December 2nd

[redacted]
Foreperson