**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

                         Plaintiff,

                                        Crim. No. 08-364 (RHK/AJB)
                                               ORDER

v.

Thomas Joseph Petters,

                         Defendant.

---

      On November 24, 2009, Defendant Filed a "Motion for Further Cautionary Instruction to the Jury to Not Review Extraneous Prejudicial Information" (Doc. No.354). After conferring with counsel with respect thereto, the Motion was **GRANTED** and, with the consent of counsel, the Court addressed the jury immediately prior to its adjournment for the Thanksgiving holiday. A transcript of that jury conference is attached hereto.

Dated: December 3, 2009                                        s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                         United States District Judge