GOVERNMENT
EXHIBIT

A

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN

| Payment Purpose | Amount | $ Traced to Fraud | $ Not Traced |
|---|---|---|---|
| Construction Costs | $3,280,755.15 | $2,520,327.75 | $760,427.40 |
| Land Purchase | $2,290,000.00 | $1,277,000.00 | $1,013,000.00 |
| Total | $5,570,755.15 | $3,797,327.75 | $1,773,427.40 |

1 of 1

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Land Purchase



**Petters Company Inc**
M&I Bank
Acct

**Thomas J Petters**
Crown Bank
Acct

**Title Company**
655 Bushaway Closing

**Washington Mutual**
Mortgage Loan

1 8/6/2002 Wire Transfer $1,201,000

2 8/28/2002 Wire Transfer $750,000

3 8/28/2002 Cashiers Check $1,277,000

4 8/28/2002 $999,900

1 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing – Payment 1 of 13 to Paragon Designers and Builders



2 of 14



Thomas J Petters
655 Bushaway Road, Wayzata MN Property Tracing –
Payment 2 of 13 to Paragon Designers and Builders

3 of 14



Thomas J Petters
655 Bushaway Road, Wayzata MN Property Tracing –
Payment 3 of 13 to Paragon Designers and Builders

Paul Taunton

1 2/28/2003 $1,500,000 Wire

Petters Company Inc
Crown Bank
Acct

2 3/27/2003 $150,023 Transfer

Liquid 8
Crown Bank
Acct

4 4/7/2003 $5,033.54 Transfer
5 4/14/2003 $47,508.33 Transfer

Thomas J Petters
Crown Bank
Acct

3 4/4 – 4/14/2003 $38,022.84

Misc. Deposits
Petters Related Entities

6 4/9/2003 $137,991.72
Check #3821

Paragon Designers and Builders

4 of 14

Thomas J Petters
655 Bushaway Road, Wayzata MN Property Tracing –
Payment 4 of 13 to Paragon Designers and Builders



Petters Company Inc
M&I Bank
Acct

1 4/23/2003 $2,000,000 Wire

Petters Company Inc
Crown Bank
Acct

2 5/9/2003 $400,000 Transfer

Thomas J Petters
Crown Bank
Acct

3 5/9/2003 $214,586.41
Check #3867

Paragon Designers and Builders

5 of 14



Thomas J Petters

655 Bushaway Road, Wayzata MN Property Tracing – Payment 5 of 13 to Paragon Designers and Builders

6 of 14

Thomas J Petters
655 Bushaway Road, Wayzata MN Property Tracing –
Payment 6 of 13 to Paragon Designers and Builders



Liquid8
Crown Bank
Acct

4  6/6/2003 $119,933.67 Wire
5  7/2/2003 $33,838.71 Wire
6  7/10/2003 $68,919.03 Transfer

Petters Company Inc
M&I Bank
Acct

1  3/28/2002 Wire
$766,330.30

Lenders Trust AL, LLC

2  3/28/2002 Wire
$766,330.30

3  6/30/2003 Check
$230,146.86

Thomas Petters Inc
Highland Bank
Acct

8  7/16/2003 Wire
$200,000

Thomas J Petters
Crown Bank
Acct

7  7/14/2003 $326,689.46
Check #10057

Paragon Designers and Builders

7 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing – Payment 7 of 13 to Paragon Designers and Builders



8 of 14



Thomas J Petters
655 Bushaway Road, Wayzata MN Property Tracing –
Payment 8 of 13 to Paragon Designers and Builders

Thomas Petters Inc
Highland Bank
Acct

Paypal

Petters Company Inc
M&I Bank
Acct

2  8/15/2003 Wire
$400,000

3  9/8/2003 Wire $250,000

7  9/10/2003 Wire $100,000

5  9/9/2003 Wire $1,600

Thomas J Petters
Crown Bank
Acct

6  9/9/2003 $450,000 Check #4278

9  9/22/2003 $127.26 Check #10127

Paragon Designers and Builders

Petters Company Inc
Crown Bank
Acct

1  8/14/2003 Wire
$500,000

8  9/10/2003 Transfer
$10,000

4  9/8/2003 $175,237.15
Transfer

Liquid 8
Crown Bank
Acct

9 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing – Payment 9 of 13 to Paragon Designers and Builders



10 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing – Payment 10 of 13 to Paragon Designers and Builders



**Edina Realty Title**
6429 Margarets Lane Edina MN
Closing

1  11/13/2003 Wire $490,027.47

**Thomas J Petters**
Crown Bank
Acct

2  Check # 10216
11/12/2003  $319,168.67

**Paragon Designers and Builders**

11 of 14



Thomas J Petters

655 Bushaway Road, Wayzata MN Property Tracing –
Payment 11 of 13 to Paragon Designers and Builders

Edina Realty Title
6429 Margarets Lane Edina MN
Closing

2 11/19/2003 $465,080.45 Wire

Thomas J Petters
Crown Bank
Acct

Checks:
#4279 12/10/2003 $300,000.00
#10260 12/24/2003 $191,392.22

4
6

Paragon Designers and Builders

Petters Company Inc
M&I Bank
Acct

1 11/17/2003 $3,001,149.50 Wire

Thomas J Petters
JP Morgan
Acct

3 12/1/2003 Check #127
$200,000

5 12/19/2003 Check #3013
$210,000

Blue Marlin LLC

12 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing – Payment 12 of 13 to Paragon Designers and Builders



13 of 14

# Thomas J Petters
## 655 Bushaway Road, Wayzata MN Property Tracing –
## Payment 13 of 13 to Paragon Designers and Builders



14 of 14