GOVERNMENT EXHIBIT D25



15823 50th Ave N, Plymouth MN