

# Thomas J Petters
# JP Morgan Accounts
# $ Remaining after 10/6/2008

**Petters Company Inc M&I Bank Acct #**

1. 8/15/2006 - $1,000,000 Wire Transfer
2. 9/13/2006 - $1,000,000 Wire Transfer
3. 9/21/2006 - $1,000,000 Wire Transfer
4. 9/27/2006 - $700,000 Wire Transfer
5. 10/5/2006 - $1,000,000 Wire Transfer
6. 10/5/2006 - $1,500,000 Wire Transfer
7. 10/5/2006 - $1,500,000 Wire Transfer
8. 11/3/2006 - $250,000 Wire Transfer

**Thomas J Petters JPMorgan Chase Acct #Q**

GOVERNMENT EXHIBIT H