UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                                  Crim. No. 08-364 (RHK/AJB)
                                  **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

---

      The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 366), **IT IS ORDERED** as follows:

      1.     Defendant shall serve and file his response to the Motion on or before February 2, 2010; and

      2.     The Government may serve and file a Reply in support of its Motion, if any, on or before February 9, 2010.

Dated: January 19, 2010                                      s/Richard H. Kyle
                                                                      RICHARD H. KYLE
                                                                      United States District Judge