# Exhibit A

Government's Preliminary Proposed Restitution Order Schedule1

| Count | Name | Amount |
|---|---|---|
| 1 | ABR Signature Series Select Insurance Fund Series | $ 200,000.00 |
| 2 | Ackerman, Leo & Natalia | $ 282,000.00 |
| 3 | Acorn Capital | $ 139,829,989.00 |
| 4 | Adler, Maxine | $ 1,000,000.00 |
| 5 | Aegis Capital Fund, LLC | $ 3,000,000.00 |
| 6 | Alpha Transport Platform Inc. (USALPHA) | $ 58,300,000.00 |
| 7 | Ameritrade a/c for Alexander Shvartsman PSP | $ 413,500.00 |
| 8 | Amiot, Mike | $ 73,724.00 |
| 9 | Anderson, Marion L. | $ 43,903.27 |
| 10 | ARIS Capital Management | $ 9,600,000.00 |
| 11 | Ark Discovery a/k/a Ark Royal | $ 122,707,100.00 |
| 12 | Armadillo Fund | $ 500,000.00 |
| 13 | Arnoldi, Gail | $ 89,913.10 |
| 14 | Asher, Dan | $ 5,171,000.00 |
| 15 | Asher, Dan Annuity Trust II U/A/D 9/20/07 | $ 16,759,197.00 |
| 16 | Asher, Dan Annuity Trust XXXIII | $ 5,000,000.00 |
| 17 | AVG Holdings LLC | $ 1,000,000.00 |
| 18 | Backus, Ruth M. | $ 190,000.00 |
| 19 | Bakaysa, Steven P. | $ 2,000,000.00 |
| 20 | Banco Nominiees (Guernsey) Ltd A/C 7044266 | $ 2,862,777.00 |
| 21 | Banco Nominiees (Guernsey) Ltd A/C 7074552 | $ 7,357,210.00 |
| 22 | Bancroft, Janette | $ 68,000.00 |
| 23 | Barfield Nom. Ltd as A/C CSJ01 FBO Compass | $ 6,279,240.64 |
| 24 | Barfield Nominees Ltd a/c CJS01 fbo Compass Special Situations | $ 18,000,000.00 |
| 25 | Barfield Nominees Ltd a/c CSC01 | $ 26,000,000.00 |
| 26 | Barnett, Joel | $ 1,049,228.40 |
| 27 | Basch, Russell | $ 850,000.00 |
| 28 | BayRoc Associates, LLC | $ 1,000,000.00 |
| 29 | Beacon Partners, Ltd. | $ 1,223,957.41 |
| 30 | Beal Family Trust fbo Kelly S. Beal | $ 553,990.62 |
| 31 | Beal GST Exemption Trust | $ 1,454,458.08 |
| 32 | Beal Trust U/A 4/17/68 | $ 108,465.93 |
| 33 | Beal, Barry | $ 3,352,084.89 |
| 34 | Beal, Carlton Family Trust fbo Barry Beal | $ 7,109,687.29 |
| 35 | Beal, Carlton Family Trust fbo Spencer Beal | $ 2,976,597.58 |
| 36 | Beal, Keleen | $ 102,738.70 |
| 37 | Beal, Lynda | $ 800,000.00 |
| 38 | Beal, Nancy | $ 282,161.29 |
| 39 | Beal, Spencer | $ 1,000,000.00 |
| 40 | Beal, Spencer Evans Family Trust | $ 214,444.94 |
| 41 | Bear Stearns Capital Markets Inc #7 | $ 1,015,000.00 |
| 42 | Belmont Strategic Income Fund LP | $ 7,050,000.00 |
| 43 | Berger, Robert | $ 350,000.00 |
| 44 | Bergman, John | $ 345,919.00 |
| 45 | Berman (Ronald) Revocable Trust | $ 400,000.00 |
| 46 | Blackpool Absolute Return Fund, LLC | $ 3,370,904.82 |

| Count | Name | Amount |
|---:|---|---:|
| 47 | Blackpool Partners, LP | $ 2,150,000.00 |
| 48 | Blue Chip Consulting | $ 126,104.00 |
| 49 | Bluhm, Barbara S. Revocable Trust | $ 283,504.00 |
| 50 | Bluhm, Meredith Revocable Trust | $ 265,000.00 |
| 51 | BNP Paribas Arbitrage SNC | $ 1,865,220.00 |
| 52 | BNP Paribas Bank & Trust Cayman Ltd. FBO Artist Capital | $ 4,850,000.00 |
| 53 | BNP Paribas Bank & Trust Cayman Ltd. Ontario Partners LP | $ 239,835.00 |
| 54 | BNP Paribas Bank Cayman FBO Guardian Asset Fin. | $ 5,216,522.26 |
| 55 | BNY AIS Nominees Ltd a/c Gottex ABI Fund Ltd | $ 68,261,924.00 |
| 56 | BNY AIS Nominees Ltd a/c Gottex ABL Cayman Ltd | $ 37,566,944.00 |
| 57 | BNY AIS Nominees Ltd a/c Gottex Matrix Asset Focused Master | $ 6,000,000.00 |
| 58 | BNY AIS Nominees Ltd a/c GVA ABL Portfolio Ltd | $ 8,630,282.00 |
| 59 | BNY AIS Nominees Ltd a/c Hudson ABL Fund Ltd | $ 16,540,850.00 |
| 60 | Boeser, Roy & Shirley | $ 1,631,580.00 |
| 61 | Bond, Robert J. | $ 600,000.00 |
| 62 | Bonebrake, Janet | $ 150,000.00 |
| 63 | Book, Wesley | $ 299,000.00 |
| 64 | Braeside Trust | $ 750,000.00 |
| 65 | Brandwein, Nancy | $ 25,000.00 |
| 66 | Breiter, Tedman IRA SEP | $ 245,000.00 |
| 67 | Brown Bros. Harriman & Co. as Sub-Cust for Fortis Bank (Cayman) | $ 23,000,000.00 |
| 68 | C&C Capital | $ 3,500,000.00 |
| 69 | CACEIS BL S/A CREDEM/EAI Market Neutral | $ 5,000,000.00 |
| 70 | CACEIS BL S/A CREDEM/EAI Market Neutral Plus | $ 3,000,000.00 |
| 71 | Calhoun Market Neutral Fund | $ 175,000.00 |
| 72 | Cannonball Funds/Globefin Asst Mgmt. | $ 800,000.00 |
| 73 | Capital Builders | $ 500,000.00 |
| 74 | Caras, Ronald | $ 200,000.00 |
| 75 | Carruth, Frank | $ 1,750,000.00 |
| 76 | Casdagli, Martin | $ 595,000.00 |
| 77 | Castle Creek Fund, LP | $ 12,107,000.00 |
| 78 | Castle Creek International Ltd. | $ 6,722,000.00 |
| 79 | CGC / KBC as Nom. Strategic Stable Ret. Fund II | $ 3,070,000.00 |
| 80 | CGC Agile Safety Variable Fund, LP | $ 10,250,000.00 |
| 81 | CGC as Custodian for KBC as Wellfleet Income Fd, LP | $ 1,515,890.47 |
| 82 | CGC NA NV KBC F Pas Nom Agile Sky Alliance Fnd | $ 2,967,816.74 |
| 83 | Charles, Frederic & Co, for the Stillwater Market Neutral Fund III, | $ 9,819,478.00 |
| 84 | Chez, Ariel Trust | $ 95,000.00 |
| 85 | Chez, Rebecca Trust | $ 75,000.00 |
| 86 | Chi Alpha Ministry | $ 678,690.00 |
| 87 | Citco Global Custody (NA) NV  a/c KBC Inv. Ref. Skybell Offshore | $ 3,750,000.00 |
| 88 | Citco Global Custody (NA) NV a/c for KBCFP (Cayman) | $ 8,298,718.00 |
| 89 | Citco Global Custody (NA) NV Agile Safety Variable Fund LP | $ 9,000,000.00 |
| 90 | Citco Global Custody NV - Ref: 145325 | $ 250,000.00 |
| 91 | Citco Global Custody NV - Ref: 190023 | $ 1,500,000.00 |
| 92 | Citco Global Custody NV - Ref: 190729 | $ 3,200,000.00 |

Government's Preliminary Proposed Restitution Order Schedule 1

| Count | Name | Amount |
|---|---|---|
| 93 | Citco Global Custody NV - Ref: 190741 | $ 8,500,000.00 |
| 94 | Citico Global Custody NV - Ref: HARCOURT | $ 23,450,000.00 |
| 95 | Citico Global Custody NV - Ref: Peak Ptnrs | $ 14,000,000.00 |
| 96 | Citigroup Global Markets Ltd | $ 9,350,000.00 |
| 97 | Clanton, Gregory A. and Susan E. | $ 40,000.00 |
| 98 | Claridge Associates, LLC | $ 2,000,000.00 |
| 99 | Colbrunn, Erika Revocable Trust | $ 60,000.00 |
| 100 | Coleman, Allen & Jacqueline | $ 250,000.00 |
| 101 | Compass Special Situations Fund LP | $ 1,882,500.00 |
| 102 | Counsell, Craig & Michelle | $ 100,000.00 |
| 103 | Credit Suisse London Nominees Ltd | $ 1,172,145.00 |
| 104 | Dakota Partners, LP | $ 200,000.00 |
| 105 | Daniel, John | $ 1,500,000.00 |
| 106 | Davenport, Amy | $ 103,496.00 |
| 107 | Davenport, Robert | $ 304,786.05 |
| 108 | Davis Charitable Remainder Trust | $ 275,000.00 |
| 109 | DBAFKEF Partnership | $ 1,400,000.00 |
| 110 | Dean, Mark | $ 60,240.00 |
| 111 | Deer Island, LP | $ 125,000.00 |
| 112 | Deikel, Theodore | $ 7,400,000.00 |
| 113 | Deutsche Bank (Cayman) Ltd | $ 500,000.00 |
| 114 | Deutsche Bank (Cayman) ltd a/c for Aris Multi-Strategy Lending | $ 24,500,000.00 |
| 115 | Deutsche Bank (Cayman) Ltd fbo HSBC | $ 24,850,000.00 |
| 116 | DHS&G, LLC | $ 178,214.00 |
| 117 | Dobrinich, Dennis | $ 65,700.00 |
| 118 | Dobrinich, Nancy | $ 28,500.00 |
| 119 | Dooley, Daniel F. | $ 200,000.00 |
| 120 | Double Eagle Trading LLC | $ 200,000.00 |
| 121 | Drahos, Harry & Christine | $ 217,725.00 |
| 122 | Dreifuss, Jeffrey IRA Rollover | $ 1,875,000.00 |
| 123 | Dunne Commodities Profit Shrg Pl & Trst | $ 325,097.00 |
| 124 | Dunne, Hal | $ 500,000.00 |
| 125 | Eden Rock Capital Management | $ 5,498,732.32 |
| 126 | EGR Partnership | $ 230,352.06 |
| 127 | Eisenberg, Marc | $ 200,000.00 |
| 128 | Ellerbrock Family Trust LLC | $ 4,399,655.00 |
| 129 | Elliot and Arlene Stone JTWROS | $ 500,000.00 |
| 130 | Equitec Group, LLC | $ 4,521,291.00 |
| 131 | Father's Heart Family Foundation (The) | $ 70,000.00 |
| 132 | Feldman, Raymond | $ 500,000.00 |
| 133 | Field Container Leasing LP | $ 225,000.00 |
| 134 | Field Holdings Inc | $ 3,100,000.00 |
| 135 | Field Porte Venture LP | $ 200,000.00 |
| 136 | Field, Lawrence I. | $ 1,045,000.00 |
| 137 | Finley, Timothy P. (a/k/a Tim) | $ 21,299.00 |
| 138 | First Trust Corp FBO Paul R. Dimond IRA | $ 350,000.00 |

| Count | Name | Amount |
|---|---|---:|
| 139 | Fortis (IofM) Nominees Ltd a/c 80 000 357 | $ 1,943,243.00 |
| 140 | Fortis (IofM) Nominees Ltd re EdenRock Finance Fund LP | $ 1,731,282.00 |
| 141 | Fortis (IofM) Nominees Ltd re ER | $ 9,279,826.00 |
| 142 | Fortis (IofM) Nominees Ltd re ERUFML | $ 10,889,708.00 |
| 143 | Fortis (IofM) Nominees Ltd re Millenium Wave | $ 3,075,762.00 |
| 144 | Fortis Bank (Cayman) Ltd a/c of KBC Investments Ltd re: ABL | $ 17,021,267.00 |
| 145 | Fortis Bank (Cayman) Ltd a/c of Cannonball Stability Fund LP | $ 750,000.00 |
| 146 | Fortis Bank (Cayman) Ltd a/c of French River Offshore Ltd | $ 29,100,000.00 |
| 147 | Fortis Bank (Cayman) Ltd a/c of NewQuant Offshore Ltd | $ 2,655,703.00 |
| 148 | Fortis Bank (Cayman) Ltd a/c of Tradex Global Master Fund SPC- | $ 1,050,000.00 |
| 149 | Fortis Bank (Cayman) Ltd a/c of Tradex Global Master Fund SPC- | $ 1,000,000.00 |
| 150 | Fortis Bank (Cayman) Ltd a/c of Trent River Offshore Ltd | $ 27,144,297.00 |
| 151 | Fortis Bank (Cayman) Ltd a/c of Trent River Offshore Ltd (2) | $ 6,300,000.00 |
| 152 | Fortis Bank (Cayman) Ltd a/c of Wimbeldon Financing Master | $ 8,000,000.00 |
| 153 | Fortis Banque Luxembourg QSAM - All Weather | $ 12,000,000.00 |
| 154 | Fortis Banque Luxembourg QSAM - Diversified | $ 9,000,000.00 |
| 155 | Fortis Global Custody Services N.V. re: Cannonball Fund II Ltd | $ 3,500,000.00 |
| 156 | Fortis Global Custody Services N.V. re: Cannonball Fund Ltd | $ 5,000,000.00 |
| 157 | Fortis Global Custody Services N.V. re: Cannonball Plus Fund Ltd | $ 1,500,000.00 |
| 158 | Fortis Nominees (Guernsey) Ltd a/c N877 | $ 6,600,000.00 |
| 159 | Fortis Prime Fund Solutions Cust. Serv. (Ireland) Ltd. Re: KBC a/c | $ 20,121,483.00 |
| 160 | Fortis Prime Fund Solutions Cust. Serv. (Ireland) Ltd. Re: KBC a/c | $ 3,854,631.00 |
| 161 | Founding Partners Stable-Value Fund LP | $ 5,000,000.00 |
| 162 | Four J Partnership | $ 1,050,000.00 |
| 163 | Frankenthal, Stuart | $ 350,000.00 |
| 164 | Freestone Capital Partners, LP | $ 40,000.00 |
| 165 | Freestone Capital Qualified Partners, LP | $ 1,310,000.00 |
| 166 | Freestone Low Volatility Qualified Partners, LP | $ 1,210,000.00 |
| 167 | Freitag, Esther L. | $ 199,398.00 |
| 168 | Fried, Ted A., Inc. Profit Sharing Plan | $ 140,000.00 |
| 169 | Friend, Howard Declaration of Trust | $ 154,166.00 |
| 170 | Friend, Paul D. and Stephen D. Trust | $ 125,000.00 |
| 171 | Friend, Stephen, Custodian for Jeffrey F. | $ 100,000.00 |
| 172 | Gantcher Group (The) | $ 201,502.20 |
| 173 | Garondah Partners | $ 1,000,000.00 |
| 174 | Gebert, Robert C. Esq. Profit Shrg Plan | $ 1,145,985.00 |
| 175 | Genesis Special Opportunity Fund (QP) LP | $ 5,150,000.00 |
| 176 | Genesis Special Opportunity, LP | $ 2,425,000.00 |
| 177 | Genesis Strategic Investors (QP), LP | $ 10,622,263.98 |
| 178 | Genesis Strategic Investors, LP | $ 7,753,876.49 |
| 179 | Gilford (Richard) Investments, LP | $ 66,918.00 |
| 180 | Gilford (Ronald) Investments, Inc. | $ 141,752.00 |
| 181 | Glass Int'l Profit Sharing Plan & Trust | $ 1,400,000.00 |
| 182 | Glass, Bradley S. | $ 500,000.00 |
| 183 | Glass, Michael | $ 400,000.00 |
| 184 | Glazer, Steven R. Living Trust Dated | $ 46,149.00 |

Government's Preliminary Proposed Restitution Order Schedule

| Count | Name | Amount |
|---|---|---|
| 185 | GMB Capital Management | $ 24,500,000.00 |
| 186 | Gold, Alan M., Development Co Inc Profit Sharing Pension Plan | $ 250,000.00 |
| 187 | Gold, Amy | $ 250,000.00 |
| 188 | Golden Gate Financial Group, LLC | $ 1,168,029.47 |
| 189 | Golden Gate VP Absolute Return Fund LP | $ 3,500,000.00 |
| 190 | Golden Sun Capital Mgmt LLC | $ 5,000,000.00 |
| 191 | Goldman, Leonid | $ 100,000.00 |
| 192 | Goldsmith, Greg | $ 800,000.00 |
| 193 | Goldsmith, Judith | $ 850,000.00 |
| 194 | Goldsmith, Ted | $ 650,000.00 |
| 195 | Greely, Larry | $ 502,110.00 |
| 196 | Greely, Lily | $ 50,570.00 |
| 197 | Gross, Jonathan | $ 111,260.61 |
| 198 | Grossman, Pearl G. | $ 28,171.25 |
| 199 | Guernroy Limited Acct G2073468 | $ 8,500,000.00 |
| 200 | Guernroy Limited Acct G2075117 FBO Dalius Inc. | $ 1,000,000.00 |
| 201 | Haley Capital Mgt fbo Jeffrey T. Haley L.T. | $ 700,000.00 |
| 202 | Halsted (Maxwell) Partners | $ 3,425,000.00 |
| 203 | Hanson-Sanford, JoAnn | $ 215,695.00 |
| 204 | Harborlight Capital Mgmt LLC | $ 5,675,000.00 |
| 205 | Harrier Holdings Ltd | $ 1,900,000.00 |
| 206 | Harrold, Charles | $ 2,260,000.00 |
| 207 | Harrold, Stephanie | $ 700,000.00 |
| 208 | Harvest Investments LP | $ 375,000.00 |
| 209 | Heritage Bank | $ 1,000,000.00 |
| 210 | HF2 Capital LP | $ 225,000.00 |
| 211 | Hobgood, Wilber | $ 48,000.00 |
| 212 | Hoffarth, Fred & Virgina | $ 50,251.00 |
| 213 | Hollingsworth, Nancy | $ 25,000.00 |
| 214 | Home Federal Savings Bank | $ 15,650,000.00 |
| 215 | Hoover, Gary | $ 96,983.00 |
| 216 | Hoover, Gary & Marlene | $ 69,965.00 |
| 217 | Hoover, Marlene | $ 46,285.00 |
| 218 | Horizon Foundation | $ 20,000.00 |
| 219 | Hough, John W. Jr. Profit Shrg Plan | $ 250,000.00 |
| 220 | Huron Investors LP | $ 400,000.00 |
| 221 | Interlachen Harriet Investments Ltd. | $ 60,000,000.00 |
| 222 | International Ministerial Fellowship | $ 79,375.04 |
| 223 | International Student Friendship | $ 20,725.00 |
| 224 | Jacobson, Bronwyn & Kenneth | $ 64,000.00 |
| 225 | Jamiscott, LLC | $ 2,837,466.09 |
| 226 | Johnson, Karen L. | $ 364,176.00 |
| 227 | Joseph, Marilyn | $ 16,904.00 |
| 228 | JPMorgan Trust Co (Cayman) Ltd a/c for KBC Investments Ltd | $ 37,000,000.00 |
| 229 | JPMorgan Trust N.A. a/c for Tiger Select Absolute Return Master | $ 6,500,000.00 |
| 230 | JPMorgan Trust N.A. a/c for Tiger Select Return Fund LP | $ 8,000,000.00 |

Case 0:08-cr-00364-RHK-AJB   Document 411   Filed 04/28/10   Page 7 of 11
Government's Preliminary Proposed Restitution Order Schedule

| Count | Name | Amount |
|---|---|---|
| 231 | JPMorgan Trust Co (Cayman) Ltd a/c for Tiger Select Absolute | $ 6,000,000.00 |
| 232 | JSW Investors Fund LP | $ 672,829.00 |
| 233 | Kalleberg, Daryl | $ 179,077.00 |
| 234 | Kanne, Robert M & Ethel B. Trust | $ 200,000.00 |
| 235 | Kaplan, Matthew | $ 3,000,000.00 |
| 236 | Kaushansky, Leo IRA | $ 372,520.00 |
| 237 | Kellner (Annie) Trust | $ 100,258.00 |
| 238 | Kellner (Daniel) Trust | $ 100,258.00 |
| 239 | Kellner (Joseph) Trust | $ 100,258.00 |
| 240 | Kellner Children's Trust | $ 140,163.00 |
| 241 | Koress, Brandon | $ 550,000.00 |
| 242 | Koress, Ruth | $ 150,000.00 |
| 243 | Kraar, Martin | $ 415,000.00 |
| 244 | Kreisder (Walter J.) Gift Trust for David K. | $ 350,000.00 |
| 245 | Kreisder (Walter J.) Gift Trust for John K. | $ 350,000.00 |
| 246 | Kreisder Partnership, LP | $ 250,000.00 |
| 247 | LAB Investments Fund, LP | $ 14,455,882.77 |
| 248 | Lackner, Martin | $ 134,458.00 |
| 249 | Lakeview Assembly of God | $ 68,300.00 |
| 250 | Lakeview Direct Investments LP | $ 500,000.00 |
| 251 | LaRocque Trading Inc. | $ 2,389,197.00 |
| 252 | LaRocque Trading Inc. Profit Sharing Pl. | $ 1,535,000.00 |
| 253 | LaRocque, David | $ 500,000.00 |
| 254 | LaRocque, David Profit Sharing Pl & Tr | $ 3,000,000.00 |
| 255 | LaRocque, Michael | $ 250,000.00 |
| 256 | LaRocque, Michael Profit Sharing Plan | $ 265,000.00 |
| 257 | Latta Family Trust UAD | $ 400,000.00 |
| 258 | Laufman, Andrea | $ 80,000.00 |
| 259 | Laufman, Herbert S. Ten Year Trust | $ 350,000.00 |
| 260 | Laulima Partners, LP | $ 2,500,000.00 |
| 261 | Laws, Wynona P. | $ 18,900.00 |
| 262 | Leavitt, Kenneth Revocable Trust | $ 30,000.00 |
| 263 | Leck, Janet | $ 146,306.00 |
| 264 | Lestage, Claude | $ 16,005.53 |
| 265 | Levin, Daniel | $ 1,000,000.00 |
| 266 | Lichtenstein, Lorry A. Retirement Pl & Tst | $ 2,260,307.00 |
| 267 | LIF Mallard Drive Partnership | $ 590,000.00 |
| 268 | LIFS Interests of the SALI Multi-Series Fund, LP | $ 1,800,000.00 |
| 269 | Liguori, Albert | $ 87,500.00 |
| 270 | Lincolnwood Fund LP | $ 430,000.00 |
| 271 | Linkous, Randall | $ 32,000.00 |
| 272 | Linkous, Sandra | $ 25,000.00 |
| 273 | Linneweh, Kent & Leslie | $ 107,812.00 |
| 274 | Loeb, Paul | $ 6,500,000.00 |
| 275 | Lozier, Linda C. Revocable Trust | $ 10,000.00 |
| 276 | MacLennan, Pauline A. Revocable Trust | $ 150,000.00 |

Page 6 of 10

4/28/2010

| Count | Name | Amount |
|---|---|---|
| 277 | Mansur, E. Barry, Roth IRA Account | $ 500,000.00 |
| 278 | Markel, Jeffrey | $ 348,990.09 |
| 279 | Marks, Carol | $ 500,000.00 |
| 280 | Marks, Sandra | $ 100,000.00 |
| 281 | Marlenga, Paul & Joyce | $ 243,000.00 |
| 282 | Mazzara, Maria Viviana | $ 200,000.00 |
| 283 | McKinley Foundation | $ 405,312.00 |
| 284 | McKinley Lancelot One LLC | $ 10,385,607.00 |
| 285 | Mckinsey Master Retirement Trust | $ 19,997,321.00 |
| 286 | McKinsey Master Retirement Trust By: MIO Partners Inc., | $ 66,000,000.00 |
| 287 | Mervis, Marce GST Exempt Trust | $ 500,000.00 |
| 288 | Mervis, Marcie | $ 627,000.00 |
| 289 | Millennium Trust Co LLC FBO Jules Pomerantz | $ 100,000.00 |
| 290 | Millennium Trust Co LLC FBO Milton Heching IRA #90G340012 | $ 280,000.00 |
| 291 | Miller, Kathleen J. | $ 149,533.00 |
| 292 | Miller, Richard & Lillian | $ 30,000.00 |
| 293 | Mishkin, Nancy | $ 200,000.00 |
| 294 | MLPF&S Cust fbo Sheila M. Potiker | $ 500,000.00 |
| 295 | Morgan Keegan & Co. Inc. FBO Paul Sternberg, Jr. IRA | $ 250,000.00 |
| 296 | Mosaic Capital Fund, LLC | $ 11,500,000.00 |
| 297 | Muchin, Elaine C. Revocable Trust | $ 300,000.00 |
| 298 | Next Chapter Holdings LP | $ 250,000.00 |
| 299 | Nolan, Marquerite O. | $ 64,425.00 |
| 300 | Nomura Bank (Luxembourg) SA | $ 4,000,000.00 |
| 301 | North Central University | $ 500,000.00 |
| 302 | North Dakota District Council of the Assembly of God | $ 472,400.00 |
| 303 | Northwater 5-yr Market-Neutral Fund ltd | $ 700,000.00 |
| 304 | Northwater Market-Neutral Trust | $ 1,500,000.00 |
| 305 | NTC & Co fbo Sumner Lipman IRA | $ 250,000.00 |
| 306 | Nussbaum, Dvora Grantor Trust | $ 380,000.00 |
| 307 | Oakdale Partnership | $ 150,000.00 |
| 308 | Oasis Absolute Returns Fund, LP | $ 1,050,000.00 |
| 309 | Ocean Gate Capital Mgmt., LP | $ 3,500,000.00 |
| 310 | Opitz, Alton | $ 538,991.23 |
| 311 | Orion VP Absolute Return Fund LP | $ 1,500,000.00 |
| 312 | Orr, Gregory John | $ 150,000.00 |
| 313 | Ozcar Multi Strategies Class C #133 | $ 15,000,000.00 |
| 314 | Ozcar Multi Strategies Class C #43 | $ 786,800.00 |
| 315 | Ozcar Multi Strategies LLC Class B #58 | $ 9,945,324.00 |
| 316 | Ozcar Multi Strategies LLC Class C #1 | $ 7,500,000.00 |
| 317 | Ozcar Multi Strategies LLC Class C #365 | $ 13,873,256.33 |
| 318 | Ozcar Multi-Strategies LLC Class C#424 | $ 13,000,000.00 |
| 319 | Ozcar Multi-Strategies LLC Class C#58 | $ 10,673,194.45 |
| 320 | Passen Investments | $ 500,000.00 |
| 321 | Passen, Bruce Trust | $ 250,000.00 |
| 322 | Pemco Partners, LP | $ 5,000,000.00 |

Government's Preliminary Proposed Restitution Order Schedule

| Count | Name | Amount |
|---|---|---:|
| 323 | Phipps, Paul C. | $ 83,275.00 |
| 324 | Pictet & Cie | $ 1,110,000.00 |
| 325 | Pictet & Cie Ref: Aeris Capital | $ 9,260,000.00 |
| 326 | PNC Int'l Bank Ltd Client Ritchie Multi Manager Trading Ltd | $ 2,539,334.00 |
| 327 | PNC Int'l Bank Ltd Client Ritchie Multi Manager Trading Ltd (2) | $ 4,114,167.00 |
| 328 | PNC Int'l Bank Ltd Client Societe Generale Securities Services SpA | $ 3,000,000.00 |
| 329 | Polinsky Investments LLC | $ 250,000.00 |
| 330 | PP Partnership | $ 360,000.00 |
| 331 | Premier Advisors Fund Offshore Ltd | $ 250,000.00 |
| 332 | Premier Advisors Fund, LLC | $ 175,000.00 |
| 333 | Prevost, Mark | $ 26,100.00 |
| 334 | Public Bank (Nominees) Ltd | $ 2,150,000.00 |
| 335 | Quantum Family Office Group, LLC | $ 1,500,000.00 |
| 336 | Racenstein, Fred M. | $ 60,000.00 |
| 337 | Racenstein, Michael & Jody | $ 62,000.00 |
| 338 | Ralston, Kenneth | $ 450,000.00 |
| 339 | Rapoport, Arkady & Julia Litvin | $ 300,000.00 |
| 340 | Reimer Foundation | $ 213,500.00 |
| 341 | Reimer, Bill | $ 721,664.00 |
| 342 | Reinisch, Marc | $ 200,000.00 |
| 343 | Reinisch, Marianne | $ 50,000.00 |
| 344 | Reinisch, Philip Company | $ 50,000.00 |
| 345 | Reinisch, Stanford J. Trustee Ins. Trust | $ 200,000.00 |
| 346 | Remainder, Cynthia Trust | $ 100,000.00 |
| 347 | Remainder, Rachel Trust | $ 359,000.00 |
| 348 | Remley, Louise | $ 9,420.00 |
| 349 | Rhino Holdings Investment Ltd | $ 4,000,000.00 |
| 350 | Richford Partnership | $ 150,000.00 |
| 351 | Ritchie Capital Management | $ 165,214,491.00 |
| 352 | SAM Alpha Opportunity Fund I, LP | $ 1,500,000.00 |
| 353 | Sanders, Rodger | $ 50,000.00 |
| 354 | Sandlow, Thomas | $ 268,138.00 |
| 355 | Santa Barbara Investment Capital | $ 2,400,000.00 |
| 356 | Schallman, Laura | $ 25,000.00 |
| 357 | Schattenburger Trust UTD 5/28/04 | $ 500,000.00 |
| 358 | Scherber, Richard | $ 343,897.00 |
| 359 | Schneider, Leonard & Lillian | $ 1,500,000.00 |
| 360 | Schneider, Scott | $ 1,135,031.60 |
| 361 | Scotia Capital/Bank of Nova Scotia | $ 12,448,567.74 |
| 362 | Scotiabanc, Inc. | $ 11,650,000.00 |
| 363 | Scott (Robert) Building Venture G.P. | $ 850,000.00 |
| 364 | Security Benefit Life Ins. Co Variable Annuity Acct | $ 579,819.00 |
| 365 | Select Access Management | $ 900,000.00 |
| 366 | Selectinvest Arbitrage Relative Value LP | $ 33,300,000.00 |
| 367 | Selectinvest Global Equities L/S LP | $ 1,400,000.00 |
| 368 | Selectinvest Multistrategy LP | $ 19,900,000.00 |

Government's Preliminary Proposed Restitution Order Schedule

| Count | Name | Amount |
|---|---|---|
| 369 | Shostak, Robert & Nancy | $ 250,000.00 |
| 370 | SHR Holdings LLC | $ 500,000.00 |
| 371 | Signature Bank | $ 3,750,000.00 |
| 372 | Simmons, Audrey M. | $ 67,063.00 |
| 373 | Skybell Select LP | $ 14,343,325.00 |
| 374 | Slain, George & Nancy | $ 327,970.00 |
| 375 | Somers Dublin Ltd a/c KBCS | $ 11,023.00 |
| 376 | Somers Nominees (Far East) Ltd a/c 544361 | $ 2,000,000.00 |
| 377 | Sonata Funds | $ 2,000,000.00 |
| 378 | Sorbo, Anthony & Thelma | $ 32,074.00 |
| 379 | Special Situations Invst Fund LP MIO Partners Inc., General | $ 3,000,000.00 |
| 380 | SSR Fund (ID) LP | $ 14,400,000.00 |
| 381 | SSR Fund II, LP | $ 3,070,000.00 |
| 382 | SSSB Partnership | $ 300,000.00 |
| 383 | Sterling Management Inc. | $ 147,896.17 |
| 384 | Sternberg, Patricia IRA | $ 193,132.00 |
| 385 | Stillwater Matrix Fund LP | $ 350,000.00 |
| 386 | Stone, Jennifer | $ 1,000,000.00 |
| 387 | Stone, Lauren | $ 1,000,000.00 |
| 388 | Stone, Roger | $ 2,000,000.00 |
| 389 | Structured Finance Opportunity Master | $ 3,000,000.00 |
| 390 | Sullivan, Margaret | $ 200,297.48 |
| 391 | Sumnicht & Associates | $ 590,000.00 |
| 392 | Swanson, Lynn | $ 168,870.00 |
| 393 | Swartz, David | $ 100,345.00 |
| 394 | Swartz, Lawrence Revocable Trust | $ 175,000.00 |
| 395 | Table Mountain Capital, LLC | $ 2,500,000.00 |
| 396 | TCS Global Holdings LP | $ 4,000,000.00 |
| 397 | Terra Ventura LLC | $ 195,000.00 |
| 398 | Thomas J Ginley Life Insurance Trust DTD 1-22-97 | $ 576,008.33 |
| 399 | Three Sprouts LLC | $ 375,000.00 |
| 400 | Tintner, Patricia J. Rev. Living Trust dated 1/10/05 | $ 225,000.00 |
| 401 | Toothman, M. Lee | $ 50,000.00 |
| 402 | Tracorp Inc. Profit Sharing Plan | $ 135,000.00 |
| 403 | Triumph Multi-Series Fund, LP | $ 225,000.00 |
| 404 | Triumph Offshore Fund | $ 200,000.00 |
| 405 | True North Funding | $ 1,100,000.00 |
| 406 | Tumen, Steven | $ 180,933.00 |
| 407 | Turbin, Scott Retirement Plan | $ 200,000.00 |
| 408 | Turner, Daniel & Marlene | $ 32,296.00 |
| 409 | UBS Fund Services (Cayman) Ltd a/c Allied Fund Managers Ltd | $ 1,500,000.00 |
| 410 | UBS Fund Services (Cayman) Ltd a/c Spirit Arbitrage | $ 723,276.00 |
| 411 | Umbach Financial Group, LLC | $ 29,480,000.00 |
| 412 | Upgren, Audrie L. | $ 57,400.00 |
| 413 | Upgren, Dwayne H. | $ 45,600.00 |
| 414 | USBank Custodian fbo Golden Gate Assn | $ 500,000.00 |

| Count | Name | Amount |
|---|---|---|
| 415 | USBank na fbo Iron Absolute Fund LP | $ 1,098,171.00 |
| 416 | USBank na fbo Iron Master Invst Fund LP | $ 600,000.00 |
| 417 | USBank na fbo Iron Multi-Strategy Fund LP | $ 1,200,000.00 |
| 418 | Van Dyke, Doug | $ 243,729.00 |
| 419 | VAS Partners, LLC | $ 375,656.70 |
| 420 | Wachovia Risk Services | $ 1,500,000.00 |
| 421 | Warner (Sue) Trust | $ 60,000.00 |
| 422 | Wein Family Foundation | $ 750,000.00 |
| 423 | Wein Family Investment LLC | $ 400,000.00 |
| 424 | Wein, Joseph | $ 780,979.00 |
| 425 | Wein-Bernhardt, Susan | $ 667,602.00 |
| 426 | Weitzman, Jay | $ 100,000.00 |
| 427 | Williams, Stephen | $ 1,800,000.00 |
| 428 | Wipf, Elaine M. | $ 29,827.74 |
| 429 | Wolbert, Marlys & Marlyn | $ 32,776.00 |
| 430 | Wyder, Mark T. Family Trust | $ 606,000.00 |
| 431 | Yalom, Irvin D. & Marilyn Trust | $ 250,000.00 |
| 432 | Yeaman, William | $ 500,000.00 |
| 433 | Younker, Clinton | $ 47,368.00 |
| 434 | Zimmer Lucas Capital | $ 3,044,666.81 |
| | **Grand Total:** | **$ 1,944,938,337.96** |