# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                      Plaintiff,

                                            Crim. No. 08-364 (RHK/AJB)
                                          **ORDER**

v.

Thomas Joseph Petters,

                      Defendant.

---

      Before the Court is the Emergency Motion of Ritchie Special Credit Investments, Ltd. (and certain affiliated entities) for discovery of documents obtained by the government in a criminal investigation.  Having reviewed the parties' submissions, the relevant statutory framework, and the process set forth by the Court on April 8, 2010, the Court determines that the movants have failed to show their entitlement to the requested relief pursuant to the provisions of 18 U.S.C. § 3771(a).

      Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that Ritchie's Emergency Motion to Intervene for the Limited Purpose of Obtaining the Accounting Report and Criteria used by the U.S. to Determine Who is a Victim and the Amount of their Losses for Purposes of the Proposed Mandatory Restitution Order and Schedule (Doc. No. 436) is **DENIED**.

Dated: May 5, 2010                                                s/Richard H. Kyle
                                                                     RICHARD H. KYLE
                                                                     United States District Judge