# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                      Crim. No. 08-364 (RHK/AJB)
                                      **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

---

      Richard Hettler's *ex parte* Motion to Stay All Instant Bankruptcy Proceedings, Etc. (attached hereto) is **DENIED**.

Dated: May 13, 2010                                        s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge