# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                    Crim. No. 08-364 (RHK/AJB)
                                    **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

      A restitution hearing in this matter is scheduled for June 9, 2010, at 9:00 am before the undersigned. Several parties have submitted objections to the Government's proposed restitution order in advance of that hearing. Based on the foregoing, and in order to determine how much time should be allotted for the hearing and for each individual/entity who may appear, **IT IS ORDERED** that any person or entity wishing to be heard at the restitution hearing shall notify each of the following, in writing, on or before June 2, 2010, of their intention to appear:

| | |
|---|---|
| Joseph T. Dixon, III, Esq. | Peter I. Madsen |
| Assistant United States Attorney | United States Probation Officer |
| U.S. Courthouse | U.S. Courthouse |
| 300 South Fourth Street | 316 North Robert Street |
| Suite 600 | Suite 604 |
| Minneapolis, MN 55415 | St. Paul, MN 55101 |

Dated: May 27, 2010                                           s/Richard H. Kyle
                                                                               RICHARD H. KYLE
                                                                               United States District Judge