# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                  Crim. No. 08-364 (RHK/AJB)
                                  **ORDER**

v.

Thomas Joseph Petters,

                Defendant.

---

      Richard Hettler's *ex parte* Motion for an Expedited Order Referring his Restitution Entitlement and Payment to a Federal Grand Jury (attached hereto) is **DENIED**.


Dated: June 15, 2010                                          s/Richard H. Kyle
                                                                           RICHARD H. KYLE
                                                                           United States District Judge