# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  10-2463
_____

United States of America

Plaintiff - Appellee

v.

Richard James Hettler

Movant - Appellant

Thomas Joseph Petters

Defendant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:08-cr-00364-RHK-1)
_____

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 01, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
            /s/ Michael E. Gans