# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  10-2416
_____

United States of America

Plaintiff - Appellee

v.

Richard James Hettler

Movant - Appellant

Thomas Joseph Petters

Defendant

_____

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:08-cr-00364-RHK-1)

_____

## JUDGMENT

The court has carefully reviewed the original file of the United States District Court and

orders that this appeal be dismissed for lack of jurisdiction as the appeal is untimely taken.

October 01, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans