UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,　　　　File No. 08-CR-00364 (RHK/AJB)

vs.

**MOTION TO VACATE OR SET ASIDE SENTENCE AND FOR NEW SENTENCING HEARING IN ACCORDANCE WITH 28 U.S.C. 2255**

Thomas Joseph Petters,

                Defendant.

---

    Defendant Thomas Petters, by and through undersigned counsel and in accordance with 28 U.S.C. 2255, respectfully moves this Court to vacate or set aside his sentence as unlawful and unconstitutional per the Fifth, Sixth and Eighth Amendments to the U.S. Constitution.  Defendant further moves that his conviction(s) be vacated and that new plea and sentencing hearings be conducted.

    This motion is based on 28 U.S.C. 2255, the Federal Rules of Criminal Procedure, the Sixth and Eighth Amendments to the U.S. Constitution, the Memorandum of Law in Support of this Motion, and upon any further points or authorities as may be raised during a hearing on this motion.

                              Respectfully submitted,

                              MESHBESHER & ASSOCIATES, PA

                              By:    <u>s/ Steven J. Meshbesher</u>
                                        Steven J. Meshbesher
                                          Attorney I.D. No. 127413
                                          Kevin M. Gregorius
                                          Attorney I.D. No. 0328315
                                          Attorneys for the Defendant
                                          225 Lumber Exchange Building
                                          10 South Fifth Street
                                          Minneapolis, Minnesota 55402
Dated:    <u>May 10, 2013</u>           Telephone: (612) 332-2000