# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 08-364 (RHK/AJB) |
| | Civ. No. 13-1110 (RHK) |
| Plaintiff, | **ORDER** |
| v. | |
| Thomas Joseph Petters, | |
| Defendant. | |

Defendant's former defense team having indicated that it will produce the documents previously requested by Defendant (see Doc. No. 610), **IT IS ORDERED** that Defendant's Motion to Compel (Doc. No. 607) is **DENIED AS MOOT**.

Dated: September 17, 2013

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge